UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


UNITED STATES OF AMERICA,           )
                                    ) Case No.:  4:06cr36//RH
            Plaintiff,              )
                                    ) Tallahassee, Florida
vs.                                 ) November 1, 2006
                                    )
GREGORY DIXON and ALAN MOORE        )
                                    )
            Defendants.             )
_____ )


TESTIMONY OF SHIRLEY GRACE BLACKSTON


TRANSCRIPT OF EXCERPT OF THIRD DAY OF TRIAL
BEFORE THE HONORABLE ROBERT L. HINKLE,
CHIEF UNITED STATES DISTRICT JUDGE, and a jury


APPEARANCES:

For the Plaintiff:        Gregory R. Miller
                          United States Attorney
                          By:  ROBERT O. DAVIS
                               P. ALAN SPROWLS
                               Assistant U.S. Attorneys
                          111 North Adams Street
                          Tallahassee, Florida 32301

For the Defendant,        Messer, Caparello & Self, P.A.
Gregory Dixon:            By:  THOMAS MARSHALL FINDLEY
                               SEAN SHAW
                               Attorneys at Law
                          215 South Monroe Street
                          Suite 701
                          Tallahassee, Florida   32301

For the Defendant,        Harper & Harper Law Firm, P.A.
Alan Moore:               By:  ROBERT AUGUSTUS HARPER
                               ROBERT AUGUSTUS HARPER, III
                               Attorneys at Law
                          325 West Park Avenue
                          Tallahassee, Florida   32301


JUDY A. GAGNON, RPR
Official United States Court Reporter
111 North Adams Street * Tallahassee, Florida  32301-7717
(850) 561-6822

*Shirley Blackston - Direct*

2

1                  *  *  *  *  *  *  *  *

2          MR. DAVIS:  Your Honor, the government would call

3   Shirley Blackston.

4          DEPUTY CLERK:  Please raise your right hand.

5   *SHIRLEY GRACE BLACKSTON, GOVERNMENT WITNESS, DULY SWORN*

6          DEPUTY CLERK:  Be seated.

7          Please, state your full name and spell your last

8   name for the record.

9          THE WITNESS:  My name is Shirley Grace Blackston,

10  B-l-a-c-k-s-t-o-n.

11                     DIRECT EXAMINATION

12  BY MR. DAVIS:

13  Q.  Good afternoon, Ms. Blackston.

14  A.  Hi.

15  Q.  Would you pull your chair up just a little bit closer to

16  the mike and speak up for everybody?

17  A.  Okay.

18  Q.  Thank you.

19      Ms. Blackston, where were you born?

20  A.  In Brighton, Alabama.

21  Q.  I have the wrong paper, Ms. Blackston, just a second.

22          MR. DAVIS:  I beg your pardon Your Honor.

23  BY MR. DAVIS:

24  Q.  Where do you live now?

25  A.  Pensacola, Florida.

*Shirley Blackston - Direct*

1  Q.  How far did you go in school?

2  A.  I went to -- I graduated from high school and some

3  college.

4  Q.  And do you have a job now?

5  A.  Yes, sir.

6  Q.  Where do you work?

7  A.  I work at Wayne-Dalton.

8  Q.  And do you have family in Pensacola?

9  A.  Yes, sir, I do.

10  Q.  Do you have children?

11  A.  I have five kids.

12  Q.  You have five children?

13  A.  Uh-huh.

14  Q.  Ms. Blackston, did there come a time when you received a

15  federal conviction?

16  A.  Yes, sir, there was.

17  Q.  And did that land you in FCI-Tallahassee?

18  A.  Yes, it did.

19  Q.  And are you the same Shirley Blackston that was convicted

20  in March of 2000 for conspiracy to possess with intent to

21  distribute cocaine powder?

22  A.  Yes, sir, I am.

23  Q.  And was your original sentence 135 months?

24  A.  Yes, sir, it was.

25  Q.  Now, did you enter a plea agreement in that case?

*Shirley Blackston - Direct*

4

1   A.   Yes, sir, I did.

2   Q.   Did you cooperate with the government?

3   A.   Yes, sir, I did.

4   Q.   And did you get a sentence reduction?

5   A.   Yes, sir.

6   Q.   So, what is your -- what was your sentence in jail?

7   A.   Seventy-five months.

8   Q.   Do you have any other felony convictions?

9   A.   No, sir.

10   Q.   And are you in jail now?

11   A.   No, sir.

12   Q.   You're out?

13   A.   Yes, sir, I'm out.

14   Q.   Where are you now?

15   A.   I'm in Pensacola, Florida.

16   Q.   What's your status in Pensacola, Florida?  Probation?

17   A.   Yes, sir, I'm on probation.  I have a few months left of

18   probation.

19   Q.   You have how many months left?

20   A.   Approximately 6 months.

21   Q.   Six months left on probation?

22   A.   Yes, sir.

23   Q.   Now, when did you arrive at FCI-Tallahassee?

24   A.   In April of 2002.

25   Q.   And did you arrive there from Marianna?

*Shirley Blackston - Direct*

```
 1   A.  Yes, sir, I did.

 2   Q.  Now, when you arrived there, did you go from unit to unit

 3   for a while?

 4   A.  Yes, sir, I did.

 5   Q.  Ultimately, were you admitted into the drug program?

 6   A.  Yes, I was.

 7   Q.  And where is the drug program housed?

 8   A.  It's in F unit.

 9   Q.  Okay.  Now, do you know an inmate named Sabrina Bowie?

10   A.  Yes, sir, I do.

11   Q.  Was she your roommate in F unit in 2004?

12   A.  Yes.

13   Q.  Now, did you know a corrections officer named Moore at

14   that time?

15   A.  Yes, sir.

16   Q.  Did you meet Officer Moore when you were in F unit or

17   before then?

18   A.  I meet him in G unit.

19   Q.  But did you see him when you were in F unit as well?

20   A.  Yes, sir, I did.

21   Q.  Do you recall any occasion where Officer Moore came to

22   your room in F unit?

23   A.  Yes, sir.

24   Q.  And what happened when he came to your room in F unit?

25   A.  I was on the bottom bunk.  Sabrina Bowie sleeps on the
```

*Shirley Blackston - Direct*

6

1   top bunk.

2   Q.   Was this at night?

3   A.   Yes, sir.   It was after the midnight count.

4   Q.   So, it was after the midnight count, you are in the

5   bottom bunk?

6   A.   Yes, yes.

7   Q.   What happened?

8   A.   He approached Sabrina's bed and tapped on her bed.

9   Q.   Now, were you awake at this time?

10   A.   Yes, sir, I was.

11   Q.   And you heard him tap on the bed?

12   A.   Yes, sir.

13   Q.   What happened after he tapped on the bed?

14   A.   Sabrina -- she didn't get out of the bed, but she hung

15   her legs over the bed, and they was talking.

16   Q.   Okay.   Could you hear what they were talking --

17   A.   Yes, sir, some of it, because they was whispering kind of

18   low, but he was talking sex talk to her.

19   Q.   Okay.   What happened after she swung her legs over the

20   top bunk?

21   A.   They talked for a few moments.   Then he started

22   performing oral sex on Sabrina.

23   Q.   While she was sitting on the top bunk?

24   A.   Yes, sir.

25   Q.   Could you see this?

*Shirley Blackston - Direct*

1  A.  Yes, sir.  I could see -- I could hear the sounds, but I

2  could Sabrina legs and him in between her legs.

3  Q.  Okay.  What happened after Officer Moore performed to

4  oral sex on Sabrina Bowie as she was sitting on the top bunk?

5  A.  Sabrina got off the top bed, and she got down on the

6  floor where she -- we have two blue chairs and a table.  She

7  stacked the chairs up so she could have more room on the

8  floor, and she performed oral sex on him.

9  Q.  And after she performed oral sex on him, what happened?

10  A.  They had intercourse.

11  Q.  What happened after they had intercourse?

12  A.  During intercourse he withdrew; and, when he withdrew, it

13  went on the floor and on the wall.

14  Q.  Okay.  So, was he wearing a condom?

15  A.  No, he wasn't.

16  Q.  Could you see that?

17  A.  Yes, sir.

18  Q.  What happened after he withdrew and got semen on the

19  floor?

20  A.  He zipped his pants up.  Sabrina had a T-shirt on, and

21  she pulled her T-shirt down, and he told her to clean up.

22  And she was cleaning up while the light was off; but I guess

23  that wasn't good enough, he left the room and got some type

24  of cleaning fluid and came back and gave it to her.  She

25  turned the light on and mopped and cleaned the whole room up,

*Shirley Blackston - Direct*

1  wall, the area where they were having sex in.

2  Q.  Were you laying in your bed the whole time?

3  A.  Yes, sir, I was.

4  Q.  Were you pretending to be asleep?

5  A.  I was pretending to be asleep.  I didn't move.  I wasn't

6  asleep.

7  Q.  Did you have any covers over you or anything?

8  A.  Sabrina slept on the top bunk.  When she got out the bed,

9  she dropped the sheet down, which we call a tent, but it

10  didn't cover the whole bed.  That's why I was still able to

11  see them.

12  Q.  Did you move that tent so that you could see?

13  A.  Yes.  The view of her, what she was doing.

14  Q.  Now, after Ms. Bowie cleaned the floor, did anything else

15  happen that night?

16  A.  He came back again.

17  Q.  And what happened?

18  A.  And had sex again.  She got up.  When they finished, she

19  got up and cleaned the room again, and he left out.

20  Q.  Now, did Officer Moore visit Bowie again after that night

21  on a different night?

22  A.  Yes, he did.

23  Q.  And where did they go after that?

24  A.  He called her out to the office.

25  Q.  And did Inmate Bowie go to the office?

*Shirley Blackston - Direct*

 1   A.   Yes, sir.

 2   Q.   Did you see what happened in the office?

 3   A.   No.  I was at that time -- it was called pinning, looking

 4   out the window to see if anybody else was going to come up.

 5   Q.   So, you were watching to make sure that they weren't

 6   caught?

 7   A.   Yes, sir.

 8   Q.   Now, did Officer Moore say anything to you after that

 9   night?

10   A.   Yes, sir.  I'm not sure of the amount of time, maybe a

11   week later, he called me into the -- he was in another unit.

12   He called me to that unit, and he knew that I knew that they

13   had intercourse.

14          MR. HARPER:  Objection, Your Honor.

15          THE COURT:  Overruled.

16          MR. HARPER:  She said he knew.

17          THE COURT:  The objection is overruled.

18   BY MR. DAVIS:

19   Q.   What did Officer Moore say to you?

20   A.   He told me that he had a -- he don't know what got into

21   him that night, and that he prayed about it, and that

22   something just possessed him to do it, and he wouldn't do it

23   again.  He told me that, if I ever needed anything, just let

24   him know.

25   Q.   What did you understand that to be?

*Shirley Blackston - Direct*

1    A.  I understood that to be that, if I needed -- what else

2    can he do besides bring contraband in?

3              MR. HARPER:  Objection, Your Honor.

4              THE COURT:  Overruled.

5    BY MR. DAVIS:

6    Q.  Did you subsequently get contraband from Mr. Moore?

7    A.  Yes.  He called me to the office -- he was in the C

8    unit -- to C unit one morning, and he gave me five boxes of

9    Black & Milds.

10   Q.  You say he gave you five boxes of Black & Milds?

11   A.  Yes, sir.

12   Q.  Did you subsequently ask Mr. Moore for more contraband?

13   A.  No, sir.  Just, when I came around, he just always had

14   something for me, Black & Milds for me.

15   Q.  Now, did you -- were you present when your roommate,

16   Sabrina Bowie, had a pregnancy test kit?

17   A.  Yes, sir, I was.  I helped her administer that test

18   before we went to work that morning.

19   Q.  Did you try to help her get that kit?

20   A.  No, sir.  She took that test that morning, and we broke

21   it up and flushed it down the toilet.  She had two tests.

22   Q.  Do you know how that test -- what the results of that

23   test were?

24   A.  It was negative.

25   Q.  Did you see that?

*Shirley Blackston - Direct*

1  A.  Yes, sir, I did.

2  Q.  Did you have any discussions with Mr. Moore following the

3  ones you've told me about?

4  A.  Yes, sir.  He was concerned, he thought that Sabrina was

5  going to be -- he felt that she was pregnant, and he asked

6  me had she --

7        MR. HARPER:  Objection, Your Honor, to what he

8  thought.

9        THE COURT:  Overruled.

10 BY MR. DAVIS:

11 Q.  Did Mr. Moore tell you that he thought she was pregnant?

12 A.  Because she told him that she thought she was pregnant,

13 and he was very --

14       MR. HARPER:  Objection, again, Your Honor.

15       THE COURT:  Overruled.

16       THE WITNESS:  And he was very nervous about her being

17 pregnant.  He said he didn't want to lose everything, he had a

18 son in college, and he just didn't want to lose his family.

19 BY MR. DAVIS:

20 Q.  Did Mr. Moore ever tell you anything about your situation

21 in prison?

22 A.  He told me my release date.  He said it looked it up on

23 the computer.  He said, "You're leaving soon, so you don't

24 have anything to worry about."  And Sabrina had left prior, a

25 few months before I did.  And he said he will be glad when

*Shirley Blackston - Direct*

1    she leaves, so it would be over with.  But Sabrina returned

2    later on a violation, so --

3    Q.  Now, you said you pinned for them that one night when

4    they went down to the office; is that correct?

5    A.  Yes, sir.

6    Q.  Did you pin for anyone else, any other guards?

7    A.  For Sabrina, yes, sir, I did.

8    Q.  And what guard was that for?

9    A.  Mr. Dixon was one of them.

10   Q.  Anyone else?

11   A.  Mr. Barnes, Mr. Johnson.

12   Q.  When you pinned for Mr. Barnes, where did Mr. Barnes go?

13   A.  In the office.

14   Q.  And who was in the office with him?

15   A.  It was just Sabrina.

16   Q.  And what were they doing?

17   A.  Having intercourse.

18   Q.  Did you see that?

19   A.  I saw part of it, but I didn't stay for the whole thing,

20   no, because I went back to the window to look out.

21   Q.  Did Barnes give you contraband for pinning for them?

22   A.  Yes, sir.

23   Q.  Did Officer Barnes also let you use the office phone?

24   A.  Yes, sir, he let us use the telephone.

25   Q.  Did there come a time when Officer Barnes stopped

*Shirley Blackston - Direct*

1  treating you so nicely?

2  A.  Yes, he did.

3  Q.  What happened then?

4  A.  He said he thought that I was going to working with SIS.

5  Q.  Did Mr. Barnes tell you what he would do if you worked

6  with SIS?

7  A.  Yes.

8  Q.  What did he say?

9  A.  They would place something in your locker so your locker

10  would get shock down.  You didn't want that to happen.

11  Q.  You mentioned you had contact with Officer Dixon as well.

12  A.  Yes, sir.

13  Q.  Did you say -- and you testified that you pinned for

14  Officer Dixon as well?

15  A.  Yes, sir, while Sabrina was in the office with him.

16  Q.  I'm sorry.  I couldn't --

17  A.  Yes, sir, I did.

18  Q.  And did you mention something about Sabrina right then?

19  A.  While Sabrina was with him.

20  Q.  While Sabrina was with him?

21  A.  Yes, sir.

22  Q.  Did Officer Dixon every approach you?

23  A.  He did.

24  Q.  What did he do?

25  A.  Mr. Dixon, he liked to touch, and I didn't reply to his

1   actions.  I didn't want that, no.

2   Q.  So you told him no?

3   A.  No.  Yes, I did.

4   Q.  Now, I just want to be clear.  Do you see Officer Dixon

5   here in the court?

6   A.  Yes, I do.

7   Q.  Can you point him out to me?

8   A.  (Indicating.)

9   Q.  And what is he wearing?

10  A.  A brown suit.

11  Q.  And do you see Officer Moore as well?

12  A.  Yes, I do.

13  Q.  And you see him.  Can you tell me what he is wearing?

14  A.  I guess that's a yellow-type suit.

15       MR. DAVIS:  That's all of the questions we have at

16  this time, Your Honor.

17       THE COURT:  Cross-examine?

18       MR. HARPER:  May it please the court.

19               CROSS-EXAMINATION

20  BY MR. HARPER:

21  Q.  Ms. Blackston, I understood that you had made a statement

22  about these events on a previous occasion; is that correct?

23  A.  Yes, sir.

24  Q.  All right.  And do you remember telling officers that

25  Mr. Moore came back to the room at least two more times, a

*Shirley Blackston - Cross/Harper*

1   total of three times that night and had sex with Ms. Bowie?

2   A.   No.   I believe it was two times.

3   Q.   Do you remember telling the officers that later that

4   night Mr. Moore came back at least two times and he had sex

5   again?

6            MR. DAVIS:   Objection.

7            THE COURT:   Overruled.

8            THE WITNESS:   No, sir.   They only had sex twice that

9   night.

10  BY MR. HARPER:

11  Q.   All right.   So, on the other occasions, do you know

12  whether or not there was ejaculate in the room?

13  A.   No, sir, I don't.

14  Q.   Was the room ever tested for DNA?

15  A.   I'm not sure.

16  Q.   Did you report that that night?

17  A.   Yes, I did.   I didn't report it that night, no.

18  Q.   You did report it?

19  A.   Yes, I did.

20  Q.   When did you report?

21  A.   I reported it to Mr. Watkins.   He said he was going to

22  send an email.

23  Q.   When was that?

24  A.   It was like a month later.   I'm not sure of the exact

25  time, but I did report it to Mr. Watkins.   After Sabrina

*Shirley Blackston - Cross/Harper*

1   left, he called me in the office.

2   Q.  Mr. Watson is who?

3   A.  Mr. Watkins is a counselor.

4   Q.  Okay.  Mr. Watkins.

5       And didn't you tell officers late on another occasion

6   that Mr. Moore continued to visit with Ms. Bowie late at

7   night?

8   A.  He came to see her, but they didn't have intercourse in

9   that room at that time, no.  He would call her out the room.

10  Q.  But didn't you indicate to the officers that Mr. Moore

11  came back, and they continued to have sex?

12  A.  They didn't have sex in that room.

13  Q.  I'm just trying to make sure we are communicating.

14  A.  Yes, sir.

15  Q.  Didn't you tell the officers that Mr. Moore continued to

16  visit Ms. Bowie late at night at their room and they

17  continued to have sex?

18  A.  I told the officers that he continued to visit Sabrina,

19  and she was called out the room.

20  Q.  Did you tell officers that, in your estimation, that

21  Ms. Bowie and Mr. Moore had sex in the room approximately 15

22  times?

23  A.  No.  I said they had -- that night?

24  Q.  No.  That isn't what I said.  I didn't say that night.

25  I'm asking you this:

1        Did you tell the officers that you interviewed with on or

2   about the 22nd of February of 2006, that you estimated that

3   Mr. Moore and Ms. Bowie had sex in that room approximately 15

4   times?

5   A.  No, sir, I didn't say that.

6   Q.  Didn't you tell the officers that you believed that

7   Mr. Moore and Ms. Bowie had sex many more times than that

8   because they would go into the office?

9   A.  Yes, sir, I did say that.

10  Q.  Did you go in the office with them?

11  A.  No, sir.

12  Q.  Have you ever witnessed any other officer having sex with

13  an inmate?

14  A.  Yes, sir.

15  Q.  Actually, visually, seeing it?

16  A.  Yes, sir.

17  Q.  Did you usually have your towel up over your bunk?

18  A.  No, sir.  Depending on the officer, we could have a

19  towel, but most officers wouldn't allow it.  They want to see

20  your face at night.

21  Q.  Okay.  So, did you have a towel up the night we're

22  talking about?

23  A.  No, sir.

24  Q.  Have you and Ms. Bowie talked about these events?

25  A.  No, sir.

*Shirley Blackston - Cross/Harper*

18

1    Q.   How did you know she's pregnant?

2    A.   We talked about the event after it happened, before she

3    was released from prison, yes.

4    Q.   It would be hard to talk about before it happened.  So,

5    y'all talked about it, right?

6    A.   Yes, sir, we did.

7    Q.   Okay.  And the question I had was, did you have a towel

8    up, and you said no.  Did you have a blanket up?

9    A.   No, sir, I didn't.

10   Q.   Okay.  Nobody put anything up to try to hide you or cover

11   you up so you couldn't see?

12   A.   What I said was, Sabrina slept in the top bunk.  When she

13   got off of the bunk, her sheet came over my bed.  I slept on

14   the bottom.  She slept on the top.

15   Q.   Okay.

16   A.   Did I put it up?  No, I didn't.

17   Q.   I didn't ask you if you put it up.  I said did anybody.

18   Okay.

19        And the -- did you clean up the room?

20   A.   No, sir.

21   Q.   Did you help with the pregnancy test or alleged pregnancy

22   test?

23   A.   Yes, sir, I did.

24   Q.   Where did that come from?

25   A.   She brought it in a brown bag.  She told me she got it

 1   from --

 2   Q.  I didn't ask where it came, she said --

 3   A.  She brought it to me in the room.

 4   Q.  Okay.  And you said you helped her with that test?

 5   A.  Yes, sir.

 6   Q.  Did you have any conversations with any officers about

 7   that test?

 8   A.  No, sir.

 9   Q.  Did you tell them that contraband was there?

10   A.  No, sir.

11   Q.  Did you assist in destroying that contraband?

12   A.  Yes, I did.

13   Q.  Are you still on supervised release?

14   A.  Yes, sir.

15   Q.  How much longer are you on supervised release?

16   A.  I haven't had any complications.  I had originally

17   3 years, but he said within 8 months, he's going to put a

18   request in for me to get off within 18 months, and I've been

19   on for 12 months already.

20   Q.  Has anybody said that you're going to be in trouble or

21   you could be in trouble for destroying contraband?

22   A.  No, sir.

23   Q.  Have you ever distributed or sold contraband in the

24   institution?

25   A.  Distributed, yes, sir.

*Shirley Blackston - Cross/Harper*

1  Q.  What kind of contraband?

2  A.  Black & Milds.

3  Q.  Were you blackmailing Mr. Moore?

4  A.  No, sir.

5  Q.  Do you have a reputation for blackmailing?

6  A.  No, sir.

7  Q.  You say Mr. Moore gave you some cigarettes, Black & Milds

8  cigars, whatever they are.

9  A.  Yes, sir.

10  Q.  Did he say keep quiet?

11  A.  He didn't actually say keep quiet, no, sir.

12  Q.  Did he say don't tell anybody anything?

13  A.  He said this is for you for not telling.

14  Q.  And when did that take place?

15  A.  That took place in C unit.

16  Q.  When?

17  A.  Maybe like 2 weeks after Sabrina left.

18  Q.  Okay.  When did Sabrina leave?

19  A.  She left in June, I believe it was.

20  Q.  Of what year?

21  A.  2004.

22  Q.  Okay.  So, you're saying to us that several months after

23  this, a couple of months, 3 months after, you get a gift or

24  get these cigars.

25  A.  I didn't say it was 2 to 3 months after.  I said within

1   2 weeks, he called me to C unit.

2   Q.   All right.  So, you're saying this was in June that you

3   received these things?

4   A.   No.  Sabrina left in June.

5   Q.   Okay.  When did you receive them?

6   A.   It would have to be in July.

7   Q.   Okay.  So, you received the cigars in July, is what

8   you're saying?

9   A.   Yes, sir.

10   Q.   Okay.  So, nobody is worried about you keeping quiet

11   during the period of time before that?

12   A.   He was more concerned about her being pregnant than about

13   me being quiet at the time.

14   Q.   Did the cigars came from Sabrina?

15   A.   No.  It came directly from Mr. Moore.

16   Q.   Ms. Blackston, you say you got through your sentence, and

17   you got a significant reduction on your sentence, didn't you?

18   A.   Yes, sir.

19   Q.   And you cooperated with investigators, and you know how

20   the game is played on Rule 35, don't you?

21   A.   Yes, sir.

22   Q.   And you filed pleadings on your own behalf to get

23   reductions and to get further reductions, didn't you?

24   A.   Yes, sir.  Of course, I tried to get out of prison sooner

25   than I was supposed to.

*Shirley Blackston - Cross/Harper*

1   Q.   Okay.  And, of course, it would be logical for most

2   inmates to want to do that, isn't it?

3   A.   Nobody wants to be in prison.

4   Q.   Okay.  And nobody wants to be on supervised release, do

5   they?

6   A.   I'd rather be on supervised release than in prison.

7   Q.   Well, would you rather be on supervised release or be

8   completely free?

9   A.   I don't have a problem with supervised release, because

10  I'm doing really well on it.

11  Q.   Okay.  Would you rather be completely free, or would you

12  rather be on supervised release?

13  A.   Of course I would rather be completely free.  Supervised

14  release is not a hindrance to me.  I go to work every day,

15  so --

16  Q.   When you told officers that interviewed you on or about

17  the 22nd of February of 2006, you didn't tell them that

18  Mr. Moore told you to keep quiet, you told them you believed

19  the gifts were to keep quiet.  Isn't that what you said?

20  A.   No.  I told you, Mr. Moore said, "This is for you for not

21  telling."

22  Q.   Okay.  But what I'm saying, not what -- what you're

23  saying happened that day.  I'm saying what you said what

24  happened back in February of this year.  And that day you

25  said that you believed that these cigars were a method of

*Shirley Blackston - Cross/Findley*

1    payment to keep you quiet.

2    A.  Yes, sir.

3    Q.  That's what you said then, didn't you?

4    A.  Yes, sir, because that's the statement he made to me.

5    Q.  But your statement was not that he said that.  Your

6    statement was you believed that's why he did it.  Isn't that

7    what you told them?

8    A.  Yes, sir.

9    Q.  Now, as I understood from what you said before this

10   night -- I'll withdraw that.

11           MR. HARPER:  May I have a moment, Your Honor?

12           THE COURT:  You may.

13           MR. HARPER:  We have no further questions, Your

14   Honor.

15           THE COURT:  Mr. Findley?

16           MR. FINDLEY:  Very briefly, Your Honor.

17                     CROSS-EXAMINATION

18   BY MR. FINDLEY:

19   Q.  Ms. Blackston, my name is Tom Findley.  I represent

20   Officer Dixon.

21       You say that Mr. Dixon propositioned you on occasion?

22   A.  Yes, sir, on one occasion.

23   Q.  On one occasion.  And you declined?

24   A.  Yes, sir.

25   Q.  And that was the end of it; is that correct?

*Shirley Blackston - Cross/Findley*

1   A.  Yes, sir.

2   Q.  And you didn't get sent to the SHU for that?

3   A.  Sir?

4   Q.  You didn't get sent to the SHU for declining his

5   proposition, did you?

6   A.  No, sir.

7           MR. FINDLEY:  Thank you.

8           THE COURT:  Redirect?

9           MR. DAVIS:  No redirect, Your Honor.

10          THE COURT:  Thank you, Ms. Blackston.  You may step

11  down.

12      (End of excerpt.)

13                  *   *   *   *   *   *   *   *   *

14

15

16

17  I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.  Any
18  redaction of personal data identifiers pursuant to the
    Judicial Conference Policy on Privacy are noted within the
19  transcript.

20

21

22  s/Judy A. Nolton                        11/01/2006
    Judy A. Nolton, RPR                        Date
23  Official U.S. Court Reporter

24

25

1                              <u>INDEX</u>

2

3

4    <u>WITNESS FOR THE GOVERNMENT</u>:                          <u>PAGE</u>

5

      ***SHIRLEY GRACE BLACKSTON***
6          DIRECT EXAMINATION BY MR. DAVIS                  2
           CROSS-EXAMINATION BY MR. HARPER                 14
7          CROSS-EXAMINATION BY MR. FINDLEY                23

8                      *   *   *   *   *   *   *   *
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25