1            UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF FLORIDA
2            TALLAHASSEE DIVISION


3
    UNITED STATES OF AMERICA,        )
4                                    ) Case No.:  4:06cr36-RH
                Plaintiff,           )
5                                    ) Tallahassee, Florida
    vs.                              ) November 1, 2006
6                                    )
    GREGORY DIXON and ALAN MOORE     )
7                                    )
                Defendants.          )
8    _____)

9            <u>TESTIMONY OF SABRINA BOWIE</u>


10
         TRANSCRIPT OF <u>EXCERPT</u> OF THIRD DAY OF TRIAL
11         BEFORE THE HONORABLE ROBERT L. HINKLE,
       CHIEF UNITED STATES DISTRICT JUDGE, and a jury
12

13   <u>APPEARANCES</u>:

14   For the Plaintiff:        Gregory R. Miller
                               United States Attorney
15                             By:  ROBERT O. DAVIS
                                    P. ALAN SPROWLS
16                                  Assistant U.S. Attorneys
                               111 North Adams Street
17                             Tallahassee, Florida 32301

18   For the Defendant,        Messer, Caparello & Self, P.A.
     Gregory Dixon:            By:  THOMAS MARSHALL FINDLEY
19                                  SEAN SHAW
                                    Attorneys at Law
20                             215 South Monroe Street
                               Suite 701
21                             Tallahassee, Florida   32301

22   For the Defendant,        Harper & Harper Law Firm, P.A.
     Alan Moore:               By:  ROBERT AUGUSTUS HARPER
23                                  ROBERT AUGUSTUS HARPER, III
                                    Attorneys at Law
24                             325 West Park Avenue
                               Tallahassee, Florida   32301
25   *PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT PRODUCED BY COMPUTER*

***JUDY A. NOLTON, RPR***
Official United States Court Reporter
111 North Adams Street * Tallahassee, Florida  32301-7717
(850) 561-6822

*Sabrina Bowie - Direct*

```
 1                    *   *   *   *   *   *   *   *
 2        (The jury entered the courtroom at 8:33 a.m.)
 3             THE COURT:  All right.  You may be seated.
 4             Good morning, ladies and gentlemen, welcome back.
 5             Mr. Davis or Mr. Sprowls, please call your next
 6   witness.
 7             MR. DAVIS:  Your Honor, the government would call
 8   Sabrina Bowie.
 9             May I approach the clerk?
10             THE COURT:  Yes.
11             DEPUTY CLERK:  Please raise your right hand.
12        SABRINA RENÉ BOWIE, GOVERNMENT WITNESS, DULY SWORN
13             DEPUTY CLERK:  Be seated.
14             Please, state your full name and spell your last
15   name for the record.
16             THE WITNESS:  Sabrina René Bowie -- Bowie,
17   B -- as in boy -- o-w-i-e.
18             DEPUTY CLERK:  Thank you.
19                         DIRECT EXAMINATION
20   BY MR. DAVIS:
21   Q.  Good morning, Ms. Bowie.
22   A.  Good morning.
23   Q.  Would you tell the jury where you were born?
24   A.  Dalton Georgia, Whitfield County.
25   Q.  Can you just move your chair just a little bit so you get
```

*Sabrina Bowie - Direct*

1  close to that microphone.

2      Do you live there now?

3  A.  Yes, sir.

4  Q.  Or are you actually not living -- you're in another

5  institution right know; is that correct?

6  A.  Right.  I reside in Chattanooga, Tennessee, right now.

7  Q.  Where are you residing in Chattanooga?

8  A.  At the Salvation Army Halfway House.

9  Q.  At a halfway house in Chattanooga.  And you have family

10  in Dalton, Georgia?

11  A.  Yes, sir.

12  Q.  Are you employed, Ms. Bowie?

13  A.  No.

14  Q.  You're not currently employed?

15  A.  No, I'm not.

16  Q.  What's your education, Ms. Bowie?

17  A.  I graduated from high school.  I have some college.  I

18  don't have a degree in college, though.

19  Q.  Now, Ms. Bowie, were you convicted of a felony in 2000?

20  A.  Yes, 1999 I think it was.

21  Q.  1999 --

22  A.  Yes, sir.

23  Q.  -- was the date of the arrest.  For the conviction, do

24  you recall?

25  A.  I was arrested and signed a plea in 1999, but I wasn't

*Sabrina Bowie - Direct*

4

```
 1  sentenced until March of 2000.

 2  Q.  Okay.  And what did you plead guilty to?  Do you recall?

 3  A.  Aiding and abetting distribution of cocaine base.

 4  Q.  And how long -- how much time were you sentenced to?

 5  A.  Seventy months.

 6  Q.  Okay.  Now, where was that plea agreement signed?

 7  A.  In Rome, Georgia.

 8  Q.  So, the prosecution was in Georgia?

 9  A.  Uh-huh.

10  Q.  And that was a federal prosecution?

11  A.  Yes, sir.

12  Q.  Now, do you have any other felony convictions, Ms. Bowie?

13  A.  No, sir.

14  Q.  Now, when you were convicted on this distribution charge,

15  where were you first incarcerated?

16  A.  The first time I was arrested?

17  Q.  Yeah.  Where were you incarcerated?

18  A.  In the county jail.

19  Q.  Okay.  Then did you get moved to a federal jail?

20  A.  Yes.  I was arrested first, like, with the state, and

21  then they dropped -- well, they said that the federal -- the

22  federal government had picked it up, so I --

23  Q.  Okay.  Then were you put into a federal facility?

24  A.  Uh-huh.

25  Q.  Where was that?
```

1    A.   I was taken back to Rome, which I was released on an OR

2    bond.   And then I was told that I would be -- that's when I

3    put my plea in.   And then after that, I signed a plea

4    agreement, which was in December, and I had to go back for

5    sentencing in March in Rome, again.   And I pled guilty, and I

6    was notified by mail to turn myself in in June of 2000 to

7    Marianna.

8    Q.   Okay.   You got to Marianna Federal Correctional Facility?

9    A.   Yes.

10   Q.   Okay.   Thank you.

11        Did you leave Marianna at some point and come to

12   FCI-Tallahassee?

13   A.   Yes, sir.

14   Q.   When was that?

15   A.   In November of 2002.

16   Q.   Now, was there a time when you went back to Marianna?

17   A.   Yes, sir.

18   Q.   And why was that?

19   A.   Because I was sent to Tallahassee for the drug program,

20   which my out-date wasn't until 2005, I think.   I'm really

21   sure, but -- they sent me too early for the drug program, and

22   they were overcrowded.   So, they sent me back to Marianna

23   because I was still camp status.

24   Q.   Okay.   You were still camp status.

25        Did you then come back again to FCI-Tallahassee?

*Sabrina Bowie - Direct*

6

```
 1   A.   Yes.

 2   Q.   And when was that?

 3   A.   I came back -- maybe like 4 weeks later, I was sent back.

 4   It may have been a couple of weeks, 4 to 6 weeks.  I'm not

 5   exactly sure.

 6   Q.   Do you remember what year it was?

 7   A.   2003.

 8   Q.   And do you remember what month it was?

 9   A.   Maybe April or May.  I'm not sure.

10   Q.   Now, did you go to the drug program in Tallahassee?

11   A.   Yes, but I didn't start until September.

12   Q.   And did there come a time when you were ultimately

13   released to another halfway house in Atlanta?

14   A.   Yes, sir.  That was in June.

15   Q.   June of what year?

16   A.   2004.

17   Q.   And was that at the end of your sentence?

18   A.   Yes.

19   Q.   Okay.  You went to a halfway house in Atlanta.  Did

20   something occur that caused you to come back to prison again?

21   A.   Yes.

22   Q.   And what was that?

23   A.   Another inmate had bought me some food; and, when the

24   counselor asked me where I got it, I told her that I had it

25   left over from the day before, and she went and told the
```

*Sabrina Bowie - Direct*

1   director.  The director called me in and he told him that he

2   could leave and he told me that I broke the rules, and I told

3   him that was he was unfair, because he said I kept breaking

4   the rules, and he and I never had any conversation, I've

5   never been any trouble.

6   Q.  Was it true that you had kept the food from a previous

7   day as you just stated?

8   A.  No, no.

9   Q.  Did that return you to prison?

10  A.  Yes, sir.

11  Q.  And then you came back again to --

12  A.  Tallahassee.

13  Q.  You're back in Tallahassee, again?

14  A.  Uh-huh.

15  Q.  How long did that last in Tallahassee?

16  A.  I was there from November until May.

17  Q.  What year was that?

18  A.  November 2004 to May of 2005.

19  Q.  Okay.  Now, have you recently had problems with your

20  probation?

21  A.  Yes, sir.

22  Q.  Is that why you're back in a halfway house?

23  A.  Yes, sir.

24  Q.  Now, let's turn to the time when you were in Tallahassee

25  from, I think you testified, September 2003 until you left in

*Sabrina Bowie - Direct*

1    June of 2004.

2    A.   I started the drug program in September of 2003.  I was

3    brought back before then.

4    Q.   Okay.  Well, let's focused the time you were in the drug

5    program.

6    A.   Okay.

7    Q.   Where were you at that time?

8    A.   In F unit.

9    Q.   And that's where the drug program is, isn't it?

10   A.   Yes.

11   Q.   And did you meet an officer there -- a correctional

12   officer there named Johnson, or was that in an earlier time?

13   A.   He and I met earlier.

14   Q.   Okay.  So, prior to you being in the drug unit, you met

15   Officer Johnson?

16   A.   Yes, sir.

17   Q.   Was that one of the other times before you came to the

18   drug program?

19   A.   Yes.  It was the first time that I was there before I had

20   went back to Marianna.

21   Q.   Okay.  And how did you know Officer Johnson?

22   A.   I didn't know him.  He was working in G unit, which is an

23   A&O unit, when you first get there, and there is --

24   Q.   What's "AO" mean?

25   A.   I'm not exactly sure.  Maybe admissions and orientation.

*Sabrina Bowie - Direct*

```
 1   I'm not sure.

 2   Q.  So, you think it means admissions and orientation?

 3   A.  Yes, I think.  I'm not sure.

 4   Q.  So, were you in G unit at that time?

 5   A.  Yes.

 6   Q.  And was Mr. Johnson in G unit?

 7   A.  Yes, sir.

 8   Q.  Now, what happened between you and Mr. Johnson?

 9   A.  Nothing.  He just kind of introduced himself, and he

10   asked my name.  I told him my name.  And he was telling me,

11   "Well, you know, it will be okay here, if you keep your nose

12   clean and don't get into any trouble."

13   Q.  So you just talked?

14   A.  Right, correct.

15   Q.  Did you become friends?

16   A.  Afterwards?

17   Q.  Well, during that time, anytime?  Did you become friends?

18   A.  Yes.

19   Q.  Okay.  When did you become friends?

20   A.  I really didn't get a chance to talk to Mr. Johnson until

21   he started working in the F unit.

22   Q.  What did you talk about with Mr. Johnson?

23   A.  Different stuff -- our families, books, the prison.

24   Q.  When you saw you talked about the prison, what details do

25   you recall of your discussions with him about the prison?
```

*Sabrina Bowie - Direct*

1  A.  Like, things that were happening.  Some things that were

2  happening.  Staying out of trouble.  How long --

3  Q.  So, did you discuss trouble in the prison?

4  A.  What do you mean, like staying out of trouble, like ways

5  to stay out of trouble or --

6  Q.  Well, you said you discussed with Mr. Johnson ways to

7  stay out trouble.

8  A.  Right.  Like, I know not to feed -- he was like, "You

9  know, don't feed into the, you know, mess that goes on around

10 here, stay positive."

11 Q.  What was the "mess that goes on around here"?

12 A.  Like the fighting and stuff that people would do, or

13 stealing out of the kitchen.  Just different things that

14 would put you in the SHU.

15 Q.  Okay.  Now, that mess, did that include anything about

16 sexual misconduct?

17 A.  No.  He never said anything about sexual misconduct

18 until -- well, he did say he was saying that he didn't

19 understand, you know, why some officers would do it, it

20 wasn't, you know, it wasn't worth it to him, if he had met

21 someone that he would just, you know, wait until they had

22 gotten out and been out, that he wouldn't risk his job.

23 Q.  But he did state that he understood that there were

24 officers doing this kind of stuff?

25      MR. FINDLEY:  Your Honor, I would object to hearsay.

*Sabrina Bowie - Direct*

```
 1              THE COURT:  Sustained.

 2              MR. DAVIS:  Your Honor, may I inquire?

 3              THE COURT:  It's hearsay.

 4              MR. DAVIS:  Defendant Vincent Johnson is the person

 5   I'm talking about, Your Honor.

 6              MR. FINDLEY:  Your Honor, I would still object.  He

 7   hasn't laid a foundation.

 8   BY MR. DAVIS:

 9   Q.  Did Mr. Johnson give you anything?

10              MR. FINDLEY:  Same objection.

11              THE COURT:  Overruled.

12              THE WITNESS:  Yes.

13   BY MR. DAVIS:

14   Q.  What did he give you?

15   A.  He would bring food sometimes, books.

16   Q.  Do you remember any particular book he gave you?

17   A.  He bought me a book by Bernie Mac.

18   Q.  What kind of food did he give you?

19   A.  Wendy's.  Most of the times Wendy's or sometimes chicken

20   from -- I don't know, I guess it was a local store or

21   something, it would be in Styrofoam, so -- most of the times

22   Wendy's, hamburgers, fries.

23   Q.  Was the book and the fast-food contraband?

24   A.  Yes, sir.

25   Q.  Were they valuable?
```

*Sabrina Bowie - Direct*

1   A.  To me?  Yes.

2   Q.  Why were they valuable?

3   A.  I couldn't get it.  You couldn't get it in there.

4   Q.  Did you sell the food that you got from Mr. Johnson?

5   A.  No, I ate it.

6   Q.  What did you do with the book that you got from

7   Mr. Johnson?

8   A.  I read it.

9   Q.  Where there other things that were valuable in the

10  prison?

11  A.  Yes.

12  Q.  And why were they valuable?

13  A.  Because we couldn't go out and get it ourselves.

14  Q.  So --

15  A.  I mean, it wasn't sold there.

16  Q.  What was sold in the -- where were things sold?

17  A.  In the commissary.

18  Q.  And what was sold in the commissary?

19  A.  Personal hygiene items, food, cigarettes, towels, robes,

20  shoes, warm-up suits.

21  Q.  Did Mr. Johnson give you anything else?

22  A.  He brought me some nail polish, fingernail polish.

23  Q.  Was that valuable?

24  A.  Yes.

25  Q.  And what did you do with that?

1   A.   That nail polish I kept.

2   Q.   You kept that nail polish.  Did you sell any other nail

3   polish?

4   A.   Not from Mr. Johnson.

5   Q.   Did you sell nail polish from anyone else?

6   A.   Yes, sir.

7   Q.   How much was nail polish worth in the prison?

8   A.   Clear nail polish, like $15.

9   Q.   How about color?

10  A.   Probably about 10, depending on if they had it at the

11  commissary, or red or something like that wouldn't be high,

12  but gold and silver, things that they didn't sell, would be

13  higher, they would sell for a higher price.

14  Q.   So, things that weren't available at the commissary were

15  worth more money?

16  A.   Right.

17  Q.   Were there other things that were not available at the

18  commissary that you were aware were sold in the compound?

19  A.   Yes.

20  Q.   What were they?

21  A.   Bandanas, wife-beaters.

22  Q.   What's a "wife-beater"?

23  A.   Like an undershirt, a men's undershirt or women's,

24  similar to what I have on now, but white.

25  Q.   And you say "bandanas," how much was the bandana worth?

Sabrina Bowie - Direct

14

1   A.   Maybe about $5.   Sometimes a little more, depending on

2   what color it was.   Because if you came from certain

3   institutions, they you sold them, so you could bring them

4   with you, you know.   But, like, if you could get a colored

5   one, it would be a higher price.

6   Q.   Okay.   Now, did Mr. Johnson ever give you any money?

7   A.   Yes, sir.

8   Q.   And how did he do that?

9   A.   He sent it to my account.

10   Q.   Can you explain how that's done?

11   A.   You can purchase a money order and send it through the

12   mail, or you can do a quick collect through Western Union.

13   Q.   And how much money did Mr. Johnson put on your account?

14   A.   Altogether?

15   Q.   Yes.

16   A.   $150.

17   Q.   Okay.   Now, did your relationship with Mr. Johnson change

18   over time?

19   A.   Well, I mean, we became close friends, you know, closer

20   friends, I guess, but --

21   Q.   What was the nature of your relationship with

22   Mr. Johnson?

23   A.   We were just really good friends, really good friends.

24   Q.   Was that a sexual relationship?

25   A.   No, sir.

*Sabrina Bowie - Direct*

1   Q.   You didn't have sex with Mr. Johnson?

2   A.   No.

3   Q.   Did you spend a lot of time talking to Mr. Johnson?

4   A.   Yes.

5   Q.   How long per shift would you sit and talk to Mr. Johnson,

6   just as you recall?

7   A.   Maybe four or five hours in an eight-hour shift.

8   Q.   So, half of an eight-hour shift you would sit and talk

9   with Mr. Johnson?

10   A.   Yes.

11   Q.   You must have talked about a lot of things when you were

12   talking for four hours?

13   A.   Yes.

14   Q.   What did you talk about in this time when you were

15   friends with Johnson?

16   A.   Same thing -- our families or, with him working F unit,

17   we would sit near a door and see someone outside, and just

18   talk about them or what they were doing.  He talked about his

19   daughter a lot, and his sister who was sick.  I talked about

20   my mom, my sister with him.

21   Q.   Did other inmates see you talking to Johnson for a long

22   period of time?

23   A.   Yes, sir.

24   Q.   Did that ever cause you any concern?

25   A.   No, not really.  I mean, I was just sitting there, you

*Sabrina Bowie - Direct*

1  know.

2  Q.  Did anyone ever say anything to you about sitting there

3  with Mr. Johnson?

4  A.  Like inmates?

5  Q.  Yes.

6  A.  No, not really.  I mean, my roommate may say something

7  sometimes like, "Gosh, you've been in there forever," or, you

8  know, "Come in here and play cards," or, you know, something

9  like that, but not --

10  Q.  Now, did that relationship with Mr. Johnson end when you

11  left for the halfway house in Atlanta?

12  A.  Well, I didn't talk to him when I was in Atlanta, but he

13  had called to my aunt's house.

14  Q.  So, you maintained your contact after you left FCI and

15  went to Atlanta?

16  A.  Yes.

17  Q.  And you say he called your aunt's house?

18  A.  Yes.

19  Q.  Did you speak with him when he called your aunt's house?

20  A.  No, not during that time.  I didn't speak with him until

21  I was in the halfway house.  When I went back in November to

22  May, I got out, and I spoke with him during that time, when I

23  was in the halfway house.

24  Q.  What did you discuss with Mr. Johnson then?

25  A.  He just asked how I was doing, how everything was going.

*Sabrina Bowie - Direct*

1    That's basically it.  I didn't talk to him again until I was

2    released from the halfway house in Chattanooga.

3    Q.  Did you have contact with an officer named Alfred Barnes?

4    A.  After I was released?

5    Q.  At any time?

6    A.  Yes, sir.

7    Q.  And when did you meet Mr. Barnes?

8    A.  I didn't meet Mr. Barnes until the second time that I was

9    sent back from Marianna for the drug program.

10   Q.  So that would have been while you were in F unit?

11   A.  Yes, sir.

12   Q.  And where was Mr. Barnes assigned?

13   A.  To F unit.

14   Q.  Did you speak with Mr. Barnes?

15   A.  Yes, sir.

16   Q.  What did you discuss with Mr. Barnes?

17   A.  The first time we talked?

18   Q.  Well, just -- just start --

19   A.  Where I was from, he said where he was from, where he

20   lived, told me his home girl lives in Georgia, lives in

21   Thomasville, which is Georgia, and I'm from Georgia.

22   Q.  Okay.  Did you talk about other subjects after that?

23   A.  Yes.

24   Q.  Did you discuss contraband with Mr. Barnes?

25   A.  Ever or at that time?

*Sabrina Bowie - Direct*

18

1   Q.   Let's just keep it at that time.

2   A.   No.

3   Q.   Did there come a time when you got contraband from

4   Mr. Barnes?

5   A.   Yes.

6   Q.   How did that come about?

7   A.   He just brought it and put it in the chair one night when

8   we were up.  He worked I think from 12-to-8.

9   Q.   And where were you?

10   A.   In the F unit in the sitting area.

11   Q.   Is that also called the TV area?

12   A.   Yes, sir.

13   Q.   And you say he just came up and gave you some contraband?

14   A.   He put it -- he dropped it in the side of my chair.

15   Q.   And what was that contraband?

16   A.   Some Black & Milds and some chewing gum.

17   Q.   Now, you previously told us how much things were worth on

18   the compound.  How much was -- was this a pack of Black &

19   Milds?

20   A.   Yes.

21   Q.   How much was a pack of Black & Milds worth on the

22   compound?

23   A.   $15.

24   Q.   Was chewing gum worth money on the compound?

25   A.   Yes.

*Sabrina Bowie - Direct*

1   Q.   How much was that worth?

2   A.   $5.

3   Q.   Now, is that per stick or for a pack?

4   A.   No.  A dollar a stick.

5   Q.   And a dollar a stick and $5 per pack?

6   A.   Correct.

7   Q.   So, after he gave you this gum and Black & Milds, what

8   did you think?

9   A.   I didn't know what to think.

10   Q.   You didn't know what to think.

11   A.   Because at that time, he and I never talked.  We didn't

12   talk until after that.

13   Q.   Well, then tell us about what you talked about after

14   that.

15   A.   Where we were from.  He didn't really say anything about

16   contraband then.  I told him thank you.

17   Q.   Okay.  Now, did there come a time that your relationship

18   with Mr. Barnes changed?

19   A.   Yes.

20   Q.   And how did it change?

21   A.   We had sex -- started having sex.

22   Q.   When did that take place?

23   A.   Like December of 2003.

24   Q.   And where were you at that time?

25   A.   In F unit.

*Sabrina Bowie - Direct*

1   Q.   And you said Mr. Barnes was working in F unit at that
2   time?
3   A.   Yes.
4   Q.   Did you have sex with Mr. Barnes more than once?
5   A.   Yes.
6   Q.   How many times total do you recall having sex with
7   Mr. Barnes?
8   A.   Like five or six times, maybe.
9   Q.   How did the first occurrence take place?
10  A.   I was sitting in the TV room, not the same TV where he
11  gave me the Black & Milds, but the TV room where the classes
12  take place, the drug program classes, which are inside --
13  they've got two doors, and you can close them off.  I was
14  sitting in there.  He let us stay up late one night.  And
15  when he came over, we were still sitting there, and he left
16  the TV on until -- I don't know -- like a couple of hours
17  after it was supposed to have been cut off.
18       I went and got in the bed.  They came by and counted.
19  After they came by and counted, he came back and he flashed
20  his light in my room, and he motioned for me, and I went into
21  the TV room with him where the TV was off then, and we had
22  sex in there.
23  Q.   Now, I'm showing you a schematic of the F unit, which is
24  labeled as Government's 14.  Can you recognize where the TV
25  room is in this drawing?  If can touch the screen if you want

*Sabrina Bowie - Direct*

1    to point it out.  If you can tap on the screen with that

2    little pen, you can actually mark where --

3    A.  (Witness complies.)

4    Q.  So the TV room is over there.  Let me ask you --

5    sometimes it's difficult to orient yourself on this.  Is this

6    the walkway in and the front door to F unit?

7    A.  Yes.

8    Q.  Now, is this side the drug side of F unit?

9    A.  Yes.

10   Q.  And is this side the honor side of F unit?

11   A.  Yes, sir.

12   Q.  Okay.  So, you just identified this as the TV room where

13   you had sex.

14   A.  No.

15        MR. HARPER:  That's not the room.

16        MR. DAVIS:  Excuse me.

17   BY MR. DAVIS:

18   Q.  Would you mark it one more time?

19   A.  Right there.

20   Q.  So, you just identified that as the TV room where you had

21   sex with Mr. Barnes the first time?

22   A.  Yes, sir.

23   Q.  Now, where was your room?  Do you recall?

24   A.  Yes.  There.

25        MR. DAVIS:  One second, Your Honor.

*Sabrina Bowie - Direct*

1   BY MR. DAVIS:

2   Q.  I would like to show you what has been marked as

3   Government's Exhibit 23.

4       Is that what your room would look like in F unit?

5   A.  Yes, but turned -- my room was the other way.

6   Q.  So, if I turned the other way, you mean this sink here

7   would have been over here?

8   A.  Right.

9   Q.  And this table here would have been over here?

10  A.  Right.

11  Q.  Okay.  But otherwise the beds are up against the wall

12  that way?

13  A.  Yes.

14  Q.  Now, how many times did you have sex with Mr. Barnes in

15  the TV room?

16  A.  Like maybe twice.

17  Q.  And then did you have sex with him a third time?

18  A.  Yes.

19  Q.  Do you recall where that was?

20  A.  We had sex in the office a couple of times, and once in

21  the utility room.

22  Q.  I'm sorry, Ms. Bowie.  You have to speak up.  I didn't

23  hear where the last time was.

24  A.  We had sex in the office twice and once in the utility

25  room.

1   Q.   The utility room.

2        I'm showing you Government's Exhibit 19.   Is this what

3   you mean by the utility room?

4   A.   Yes.   That's on the other side, though.

5   Q.   Once again, it's flipped around to the other side.

6        And you testified that Mr. Barnes would come into your

7   room?

8   A.   Well, some -- that first time he did, but normally he

9   would walk outside and just shine the light.

10  Q.   Would he open the door?

11  A.   When he came into my room?

12  Q.   Would he open the door to shine the light?

13  A.   No.   Through the window.

14  Q.   So, he'd shine the light through window on you.   Did you

15  have the bottom or the top bunk?

16  A.   I had the top bunk.

17  Q.   And who was in the bottom bunk?

18  A.   My roommate, Shirley Blackston.

19  Q.   Now, when you had sex with Barnes, did you ever discuss

20  with Barnes why you were having sex with him?

21  A.   Not during sex.   I would ask him, I mean, afterwards, I

22  would ask for something.   We never, you know, it wasn't

23  written -- a written agreement or anything like that, but --

24  Q.   What did you ask him for?

25  A.   Watches, Black & Milds, earrings, nail polish, clear nail

*Sabrina Bowie - Direct*

1   polish.

2   Q.   What did you do with that contraband?

3   A.   I would sell it.

4   Q.   Why did you have sex with Barnes?

5   A.   For the things that he brought me.

6   Q.   And when you say the things that he brought you, do you

7   mean the contraband?

8   A.   Yes, sir.

9   Q.   Now, after you had sex with Mr. Barnes for, I think you

10   testified, five or six times, did you get contraband after

11   each occasion?

12   A.   Most of the time, yes.  I can't remember exactly each

13   time, but most of the time, yes.

14   Q.   Would you have continued if you didn't?

15   A.   No.

16   Q.   Did Barnes leave F unit at some point?

17   A.   Yes, sir.

18   Q.   And where did he go?

19   A.   He was working I think in C unit and sometimes at the

20   jail.  He left before the quarter was up, though.

21   Q.   Now, did you know another case officer named Alan Moore?

22   A.   Yes, sir.

23   Q.   And do you see Mr. Moore in the courtroom here today?

24   A.   Yes.

25   Q.   Can you identify him to the jury?

*Sabrina Bowie - Direct*

1    A.  Point to him?  (Indicating.)

2    Q.  Can you tell me what he's wearing?

3    A.  A gold and yellow suit.

4         MR. DAVIS:  If the record would reflect that she

5    identified the Defendant Moore.

6    BY MR. DAVIS:

7    Q.  Now, how did you know Mr. Moore?

8    A.  I didn't really know Mr. Moore.  When I was living in G

9    unit, Mr. Moore would work in there sometimes, but he and I

10   never really had a lot of conversation, other than how are

11   you doing, and that's basically it.

12   Q.  Did there come a time when you had more contact with

13   Mr. Moore?

14   A.  Yes, sir.

15   Q.  And where was that?

16   A.  Once in F unit, and then he and I talked again and

17   touched in G unit.

18   Q.  Okay.  Let's keep focused on F unit right now.  You're in

19   F unit; is that correct?

20   A.  Yes.

21   Q.  And did Mr. Moore come to see you in F unit?

22   A.  He didn't come to see me.  He was assigned to that unit.

23   Q.  He was assigned to F unit at that time?

24   A.  For one day.  I think he was filling in for someone, or

25   something.

*Sabrina Bowie - Direct*

1   Q.   Okay.  And do you recall when that was?

2   A.   Maybe like March or April.

3   Q.   And what year?

4   A.   2004.

5   Q.   Now, what happened when Mr. Moore worked that day in

6   F unit?  What shift are we talking about?

7   A.   12-to-8.

8   Q.   The 12-to-8 shift?

9   A.   Yes.

10  Q.   What happened?

11  A.   We had sex.

12  Q.   How did that come about?

13  A.   They walked through to do the count or whatnot; and,

14  after the count, he came back by my room, and he came in and

15  he and I were kind of taking, we whispering, because my

16  roommate was below us, and --

17  Q.   You say your roommate was below you.  Was that roommate

18  Shirley Blackston?

19  A.   Shirley Blackston, yes.

20  Q.   And you say she was below you.  Where was she?

21  A.   She was in her bed.

22  Q.   Let's go back.  You were on the top bunk; is that

23  correct?

24  A.   Yes.

25  Q.   Would that be here?

*Sabrina Bowie - Direct*

1    A.    Yes.

2    Q.    And you say Shirley Blackston was in the bottom bunk?

3    A.    Yes.

4    Q.    Now, what happened?  It's after the -- which count would

5    that be?

6    A.    Midnight.

7    Q.    After the midnight count, and you just testified that

8    Mr. Moore came back to your room?

9    A.    Yes.

10   Q.    What did he do after he came back into your room?

11   A.    He came in, and he and I were talking.  Like I said, we

12   were whispering, because Shirley was below us.

13          THE COURT:  Ms. Bowie, even though you're whispering

14   to show you were whispering, it would help if you keep your

15   voice up loudly.  If you'd speak loudly enough that somebody

16   against the back wall would be able to hear you, then we will

17   all be able to hear you.

18          THE WITNESS:  Yes.

19          THE COURT:  Thank you.

20   BY MR. DAVIS:

21   Q.    So, Mr. Moore came in.  Did he shine the light on you?

22   A.    At first, before he came in.

23   Q.    Okay.

24   A.    Because I was actually reading when he walked by.

25   Q.    And he came back in and you began to whisper, that's your

*Sabrina Bowie - Direct*

1   testimony, correct?

2   A.   I'm sorry.   What did you say?

3   Q.   He came back in and you began to whisper with him?

4   A.   Yes.

5   Q.   What did you whisper about?

6   A.   I really don't remember.   Nothing -- I don't remember.

7   Q.   What happened after that?

8   A.   He started rubbing me.

9   Q.   Where did he rub you?

10  A.   My breasts, my legs.

11  Q.   Did he say anything at that point?

12  A.   No, not much.   Then he started to caress my breasts with

13  his mouth.

14  Q.   I'm sorry, Ms. Bowie.   I can't hear you.

15  A.   He put my breasts in his mouth.

16  Q.   Okay.   After that, what happened?

17  A.   I turned around on the edge of the bed, scooted to the

18  edge of the bed.   He performed oral sex.   I got down.   We

19  performed oral sex and he --

20  Q.   Okay.   Let me go a little slower here.

21       So, you're in your bunk, correct?

22  A.   Yes.

23  Q.   And you say you turned around.   How did you turn around?

24  A.   I swung my feet around this way.

25  Q.   You can touch it with the pen and show.

 1          MR. HARPER:  Your Honor, can we have an exhibit

 2     number for the record?

 3          MR. DAVIS:  It's Exhibit Number 23.  Maybe I can zoom

 4     in a little bit.  Can you see it now?

 5     BY MR. DAVIS:

 6     Q.  So, you swung your legs off of the bed, and what did

 7     Mr. Moore did?

 8     A.  He performed oral sex on me.

 9     Q.  On you?

10     A.  Yes.

11     Q.  What happened after that?

12     A.  I got down off of the bed and performed oral sex on him.

13     Q.  Okay.  And then what happened?

14     A.  And then we had sex.

15     Q.  You had vaginal sex?

16     A.  Yes.

17     Q.  How did that take place?

18     A.  I stood by the table, here, which would have been on this

19     side, right here, and I bent over.

20     Q.  I can't hear you.

21     A.  I stood by the table and bent over.

22     Q.  And he had vaginal sex with you?

23     A.  Yes.

24     Q.  Now, your roommate was where in this room at this time?

25     A.  She was in her bed.

*Sabrina Bowie - Direct*

1   Q.   So, would that be right there?

2   A.   Yes.

3   Q.   Was she asleep?

4   A.   I thought she was.

5   Q.   Was there anything between her and you?

6   A.   Yes.  The locker on the other side and the table, but we

7   were closer to -- we were closer to this side, but it only

8   had a table right here, instead of the locker and the sink.

9   But she kept a towel up.  Shirley always kept a towel up.

10  So, that went like, kind of like that.

11  Q.   So that towel kind of acted like a drape?

12  A.   Correct.

13  Q.   Okay.  Was that up during the time you were having sex

14  with --

15  A.   Yes.

16  Q.   -- sex with Mr. Moore?

17       Were you concerned about Blackston waking up?

18  A.   A little.

19  Q.   What happened after you had intercourse with Mr. Moore?

20  A.   He left.

21  Q.   Well, before that, can you tell the jury, was he wearing

22  a condom?

23  A.   No, sir.

24  Q.   When you were having intercourse, did he climax?

25  A.   Yes, sir.

*Sabrina Bowie - Direct*

1   Q.   Did he climax inside of you?

2   A.   I think so, a little, not a lot.   Some of it went on the

3   floor and other places, I guess.

4   Q.   So, you say some of it went on the floor?

5   A.   Yes.

6   Q.   Some of Mr. Moore's semen went on the floor?

7   A.   Yes.

8   Q.   After you finished having intercourse, he left.   That's

9   your testimony, correct?

10   A.   Yes.

11   Q.   Was there a time when he came back?

12   A.   Yes, he came back shortly after that.

13   Q.   And what happened when he came back?

14   A.   We had sex again.

15   Q.   In between the time that you -- this is on the same

16   night, correct?

17   A.   Yes.

18   Q.   In between the first time that you had sex and the second

19   time you had sex, did you do anything about that semen on the

20   floor?

21   A.   Yeah.   I got up what I could, but I didn't turn my lights

22   on, because I didn't want to wake Shirley up.   She never

23   moved, so --

24   Q.   But you tried to clean up what was on the floor?

25   A.   Yes.   He told me to get it up.

*Sabrina Bowie - Direct*

1   Q.   Mr. Moore told you to clean it up?

2   A.   Yes.

3   Q.   Did he help you in any way to clean it up?

4   A.   No.

5   Q.   Did he bring you anything to clean it up?

6   A.   I went and got Simple Green.

7   Q.   So that night, after the first instance of sex, you got

8   Simple Green and cleaned up the floor?

9   A.   (Nods head.)

10  Q.   Then you say he came back a second time that night; is

11  that correct?

12  A.   Yes.

13  Q.   And what happened that second time?

14  A.   He sat on the toilet, and I stood above him, and we had

15  sex.  He didn't climax that time.

16  Q.   I'm trying to find a picture where the toilet is in this

17  room.  Is that closer to the door?

18  A.   Yes.

19  Q.   Was there any concern you had about sitting on the

20  toilet?

21  A.   Well, his radio and keys kept making a noise, so he left.

22  Q.   So, it was making noise?

23  A.   Yes, sir.

24  Q.   Did you discuss having sex with Mr. Moore?

25  A.   With another inmate?

*Sabrina Bowie - Direct*

1   Q.  With Mr. Moore.

2   A.  Well, he told me to make sure that I cleaned the room up

3   really good.  He said he couldn't believe that I bent over

4   and took it like that, because most people couldn't because

5   of his size.

6   Q.  Did you discuss contraband with Mr. Moore?

7   A.  No.

8   Q.  Did you have any discussion with Mr. Moore about

9   contraband after sex?

10   A.  That night or just --

11   Q.  Yes.

12   A.  No.

13   Q.  Anytime thereafter?

14   A.  Not until I came back in November.  It was in the

15   beginning of the year.

16   Q.  What was your understanding about contraband, though, if

17   you had sex with a guard?

18   A.  That they would bring it to you, but he never mentioned

19   any contraband or bought any contraband at that point.

20   Q.  And did you ask for any contraband at that point?

21   A.  No.

22   Q.  But did you get contraband from Mr. Moore?

23   A.  After I returned, yes.

24   Q.  What contraband did you get?

25   A.  Black & Milds.

*Sabrina Bowie - Direct*

1   Q.   Do you remember how many?

2   A.   Maybe five or six packs.

3   Q.   Where did you put those five or six packs of Black &

4   Milds?

5   A.   From Mr. Moore?

6   Q.   Yes.

7   A.   I gave them to Tiger in C unit.

8   Q.   But did you sell them to her?

9   A.   No.  She held them and sold them for me.

10  Q.   Okay.  Now, after the night where you had sex with

11  Mr. Moore, did anything occur the next day?

12  A.   The next day someone had done something in the office or

13  something, I'm not exactly sure, but some guys came with like

14  some lights and came with like cases, suitcases, I'm not

15  sure, like forensic, something -- they brought some type of

16  equipment in.

17  Q.   Which office did they go into?

18  A.   They went into the F, the officers' station first, I

19  think, but then they went to the right, but there was an

20  office to the left there.  I think that was Ms. Camp's office

21  at the time, or something.  They went in there.

22  Q.   And you said they brought some sort of light.  Do you

23  know if that's what's called a black light?

24  A.   I'm not sure, because I was sitting outside when they

25  walked up.

*Sabrina Bowie - Direct*

1    Q.  Now, did you have a reaction to them coming to bring a

2    forensic case into that office?

3    A.  Yes, sir.

4    Q.  What was your reaction?

5    A.  I thought they were coming to my room.

6    Q.  Were you concerned?

7    A.  Yes.

8    Q.  Were you nervous?

9    A.  Yes.

10   Q.  But you hadn't had sex in that office, had you, in the

11   office where they took the --

12   A.  No, no.

13   Q.  What did you do after they came in with that forensic

14   case?

15   A.  Well, I was still outside.  While they were in there, I

16   went in and cleaned my room again, cleaned my floor.

17   Q.  So, you cleaned your floor a second time?

18   A.  And the toilet, yes.

19   Q.  Why did you clean your floor a second time?

20   A.  I thought they might come into the room.  I thought maybe

21   someone said something or something.

22   Q.  So, you wanted to make sure that there was no semen on

23   the floor?

24   A.  Yes, sir.

25   Q.  You didn't want to get caught?

*Sabrina Bowie - Direct*

1   A.   No, sir.

2   Q.   What happens if you got caught?

3   A.   You get sent to the SHU, and I don't know what they would

4   have done to him.

5   Q.   Is it also possible that you could be moved from FCI?

6   A.   Yes.

7   Q.   What's that called?

8   A.   Transfer.

9   Q.   Or shipped?

10  A.   Transfer or shipped.

11  Q.   Now, what happened after you had sex with Mr. Moore, and

12  they came in with the forensic case?  Just go ahead in the

13  future, what was the next thing that happened.

14  A.   I went and cleaned the floor.

15  Q.   I'm sorry?

16  A.   I went in.  I cleaned my floor.

17  Q.   Okay.  Let's go a month after that.  Did anything occur

18  that caused you to be concerned?

19  A.   A month after that, I didn't have a period.

20  Q.   So, were you concerned that you were pregnant?

21  A.   Yes.

22  Q.   Who were you concerned was the father?

23  A.   Mr. Moore.

24  Q.   Did you take any steps to address that concern?

25  A.   I got a pregnancy test.

1    Q.   How did you go about getting a pregnancy test?

2    A.   At first I told Mr. Johnson a friend of mine in there

3    needed a pregnancy test or a Plan B pill.  So, he called

4    around to the pharmacies and found out you had to have a

5    prescription for a Plan B -- a morning-after pill.

6    Q.   So, you're saying you went and talked to Mr. Johnson

7    first; is that correct?

8    A.   Yes.  Mr. Johnson had came back to work in F unit.

9    Q.   And you told him a friend of yours was pregnant?

10   A.   Yes, or thought she was.

11   Q.   Or thought she was?

12   A.   Right.

13   Q.   And you asked him if he would get you a pregnancy test

14   for that friend; is that correct?

15   A.   Right.

16   Q.   Or you said also a Plan --

17   A.   Or a morning-after pill.

18   Q.   A morning-after pill.

19        Did Mr. Johnson get you a pregnancy test?

20   A.   No, sir.

21   Q.   Did you tell Mr. Johnson that you were that person?

22   A.   No, no, sir.

23   Q.   Why didn't you tell him that you were that person?

24   A.   I didn't want to tell him that.  He -- I didn't want to

25   tell him that.  He and I had a good rapport with each other.

*Sabrina Bowie - Direct*

1   Q.   Were you embarrassed?

2   A.   Yes, sir.

3   Q.   Did you ask anyone else for a pregnancy test?

4   A.   Yes, sir.

5   Q.   Who did you ask?

6   A.   I asked Mr. Dixon.

7   Q.   And you say Mr. Dixon.  Do you see Mr. Dixon here in the

8   courtroom today?

9   A.   Yes, sir, I do.

10  Q.   Can you identify him?

11  A.   Right over there with a yellow shirt, and I don't know

12  what color.

13          MR. DAVIS:  The record would reflect that she's

14  identified the Defendant Dixon.

15  BY MR. DAVIS:

16  Q.   Did Mr. Dixon provide you with a pregnancy test?

17  A.   Yes, sir.

18  Q.   And was that a contraband?

19  A.   Yes, sir.

20  Q.   Now, did you take the pregnancy test?

21  A.   Yes, sir.

22  Q.   And was anyone there when you took the pregnancy test?

23  A.   Yes.  Well --

24  Q.   Did anyone help you take the test?

25  A.   Yes.

*Sabrina Bowie - Direct*

1    Q.   Who was that?

2    A.   Valerie Mills.

3    Q.   So, you told Valerie Mills that you were concerned about

4    being pregnant?

5    A.   Yes.

6    Q.   Did you tell Valerie Mills who you had sex with?

7    A.   I can't remember if I told her or not.  I think I did,

8    because she had also read my cards, but I can't remember

9    really discussing Mr. Moore with anyone except for Shirley.

10   Q.   So, you did tell Shirley Blackston you thought you were

11   pregnant?

12   A.   Yes.

13   Q.   Now, let's go back to the test, though.

14        After you took the test, were you, in fact, pregnant?

15   A.   No.

16   Q.   And did someone help you dispose of that test?

17   A.   I did myself.  I broke it up.

18   Q.   And what did you do that?

19   A.   I threw it away.  I flushed the paper and I wrapped the

20   plastic up in tissue and taped it and threw it away.

21   Q.   Now, you just testified that you told Shirley Blackston

22   that you might be pregnant.

23        Did you talk to her about having sex with Correctional

24   Officer Moore that night?

25   A.   She knew.

*Sabrina Bowie - Direct*

1    Q.   How did she know?

2    A.   The next day she made a comment to me.

3    Q.   So, it turns out she was or was not asleep?

4    A.   She may have been asleep when he came in, but she wasn't

5    asleep during our intercourse.

6    Q.   Now, after you took that pregnancy test that you

7    administered and it was negative, did there come a time when

8    you were asked to take another pregnancy test?

9    A.   Yes, sir.

10   Q.   And how did that come about?

11   A.   It was close to the 4:00 count one day, and it was almost

12   time for me to go home, and I was called --

13   Q.   Now, I just want to be clear about, what do you mean

14   about almost time for you to go home?

15   A.   I completed my drug program or I was in the process.  I

16   was almost at the end of my drug program, and I was going

17   home in a couple of weeks.

18   Q.   Going home to Dalton, Georgia?

19   A.   To Atlanta, to the halfway house.

20   Q.   To the halfway house.  So, shortly before you went to the

21   halfway house, what happened?

22   A.   I was called -- I can't remember who came to my room, an

23   officer, and they told me that I needed to go to Mr. Holt's

24   office, who he's like --

25        MR. FINDLEY:  I would object to the hearsay.

*Sabrina Bowie - Direct*

1   Unidentified somebody.

2          THE COURT:  Overruled.

3   BY MR. DAVIS:

4   Q.  So, you went to an office to be tested again; is that

5   correct?

6   A.  Well, I went to Mr. Holt's office.  I thought it was

7   something to do with my paperwork, because he does the

8   actual, I think like signing off for the release when you go

9   to the halfway house, so --

10  Q.  And when you got to Mr. Holt's office, what happened?

11  A.  Mr. Holt was sitting at his desk, and Mr. Williams,

12  George Williams, was sitting in his office also.

13  Q.  And did they require you to take a pregnancy test at that

14  time?

15  A.  Mr. Williams asked me would I.

16  Q.  And did you agree to take a pregnancy test?

17  A.  Yes, I did.

18  Q.  Now, were you concerned about taking that pregnancy test?

19  A.  No, not at that point.

20  Q.  Did you know you were not pregnant at that time?

21  A.  Yes, I did.

22  Q.  And how did you know that?

23  A.  Well, I had had a menstruation shortly after I had taken

24  the test.

25  Q.  Okay.  Now, did you see Officer Moore before you left for

*Sabrina Bowie - Direct*

1   the halfway house?

2   A.   Yes, I did.

3   Q.   Did you talk with Officer Moore before you left for the

4   halfway house?

5   A.   Yes, I did.

6   Q.   And what did he say to you?

7   A.   I told him about being called up there and everything.

8   He told me that he had to go into the prayer closet and ask

9   for forgiveness for what he had done.

10  Q.   Did he apologize to you?

11  A.   I don't remember that.

12  Q.   So after that you left and went to the halfway house; is

13  that correct?

14  A.   Yes.

15  Q.   And you've already testified that, when you were at the

16  halfway house, after a period of time you got in trouble for

17  bringing in that food?

18  A.   Having it on me, yes.

19  Q.   And then you were back at Tallahassee again; is that

20  correct?

21  A.   Yes.

22  Q.   What happened when you returned to Tallahassee?

23  A.   What do you mean what happened?

24  Q.   When you returned to Tallahassee, what unit were you in?

25  A.   I was assigned to A unit, but I lived in G when I first

*Sabrina Bowie - Direct*

1  got there.

2  Q.  Did you see your old roommate?

3  A.  Shirley?

4  Q.  Yes.

5  A.  Yes.  I seen Shirley the night that I was released from

6  the SHU.

7  Q.  And did you see Shirley with any contraband?

8  A.  Yes.  She had some Black & Milds.  She told me she didn't

9  have any cigarettes but --

10          MR. HARPER:  Objection to what she said.

11          THE COURT:  Overruled.

12          THE WITNESS:  She had Black & Milds.

13  BY MR. DAVIS:

14  Q.  What did you think when you saw Ms. Blackston with

15  Black & Milds?

16          MR. HARPER:  Objection, Your Honor.

17          THE COURT:  Sustained.

18  BY MR. DAVIS:

19  Q.  What did you do when you saw Ms. Blackston with Black &

20  Milds?

21  A.  She and I went and smoked them by F unit.  There's a

22  bench that's on the rec yard there.  We went over there and

23  smoked a Black & Mild.

24  Q.  Did you say anything to Mr. Moore when you saw Shirley

25  Blackston with Black & Milds?

*Sabrina Bowie - Direct*

44

1   A.   I did after I kept seeing Shirley with them.  I mean, it
2   wasn't unusual for her to maybe have one or two, but she had
3   like a bunch.  So, I did.  When I saw Mr. Moore, I did ask
4   him if anybody been trying to frame him or blackmail him, or
5   anything, and he told me no.
6   Q.   And what happened after he told you no?
7   A.   I went to D unit one day, and Shirley was down there.  He
8   was working in D unit.  And she was coming out, and I went
9   in, and I talked to him, and I asked him, and he said, "Well,
10  I didn't want to tell you."  I said, "Well, didn't I ask you,
11  you know, was somebody trying to blackmail you or get stuff
12  from you?"  He was like, "Well, I didn't want to say anything
13  about it," or whatever.
14  Q.   Okay.  I want to get who those people are.  You went in
15  and saw who in the unit?
16  A.   Mr. Moore.
17  Q.   And what did Mr. Moore say to you?
18  A.   He was telling me that, you know, she was down there
19  asking him to bring her some more Black & Milds.
20  Q.   Okay.  And he said you just testified, "I didn't want to
21  tell you."  What was that about?
22  A.   Because I asked him before that, you know, had anybody
23  been trying to -- mainly Shirley, because she was there, and
24  I didn't think she was there, and I had been gone.  And when
25  I came back, like I said, it wouldn't be unusual for her to

1   have a couple of Black & Milds, but she had, like, a lot of

2   them, you know?

3   Q.  And Mr. Moore said he didn't want to tell you but he had

4   been given them to her?

5   A.  Right.  And that he was going to bring the last batch,

6   and he wasn't going to do it anymore.

7   Q.  And you say he was going to bring the last batch.  Where

8   was he going to bring those?

9   A.  He brought them to work with him in C unit.

10  Q.  And who did he give them to?

11  A.  I went and got them.

12  Q.  So, you got those Black & Milds?

13  A.  Yes.

14  Q.  And what did you do with those Black & Milds?

15  A.  I gave them to Lateshia Abdula (phonetic).

16  Q.  Did Mr. Moore say anything else to you about your

17  incident at that time?

18  A.  No.  He just said that's it.

19  Q.  Did he warn you at all about talking about it?

20          MR. HARPER:  Leading, Your Honor.

21          THE COURT:  Sustained.

22  BY MR. DAVIS:

23  Q.  Do you remember how many Black & Milds he gave you on

24  that occasion?

25  A.  Maybe like five boxes, maybe -- five or six.

*Sabrina Bowie - Direct*

1   Q.   Did you see Mr. Moore after that occasion?

2   A.   Here and there.

3   Q.   Did you have sexual contact with him after that occasion?

4   A.   I was in G unit, and he worked in G unit one day.  I'm

5   not sure if he was working -- I think he actually relieving

6   someone for lunch or something that day, and he came into my

7   cube, and he rubbed my breasts and sucked my breasts then,

8   but he's like -- I don't know -- I got to get out of here, so

9   he left shortly after that.

10  Q.   Did you have intercourse that time?

11  A.   No.

12  Q.   Do you know Officer Dixon?

13  A.   Yes.

14  Q.   You've already testified to that.

15       Did Officer Dixon ever give you contraband?

16  A.   Yes, sir.

17  Q.   What did he give you?

18  A.   Black & Milds, bubble gum.  That's it.

19  Q.   Do you remember him -- do you remember how many boxes of

20  Black & Milds or how many Black & Milds he gave you?

21  A.   No, not altogether.  One time he brought me, like, ten

22  boxes at one time, though.

23  Q.   What did you do with those Black & Milds?

24  A.   Valerie Mills and I taped them under her shoe rack in her

25  room.

*Sabrina Bowie - Direct*

1  Q.  And why was that, so you could hide them?

2  A.  Yes.

3  Q.  Now, did there come a time when you had sex with

4  Mr. Dixon?

5  A.  Yes, sir.

6  Q.  And how did that come about?

7  A.  I went into the office for something, which I would talk

8  to Mr. Dixon, you know, every now and then.  And I went into

9  the office, and he told me to go into the staff bathroom.  I

10  went in the staff bathroom, I waited and he came in.

11  Q.  And what happened when he came in the staff bathroom?

12  A.  We had sex.

13  Q.  Now, you say he gave you contraband.  Did he give you

14  contraband before you had sex?

15  A.  Yes.

16  Q.  Did you talk about having sex with Mr. Dixon?

17  A.  No.

18  Q.  Did you talk about getting contraband from Mr. Dixon?

19  A.  Not really talk about it.  Maybe I'd go and ask, you

20  know, or he would just give it to me.

21  Q.  Where did Mr. Dixon keep the contraband that you got?

22  A.  In the drawer in F unit's officer's station.

23  Q.  Did you ever see or listen -- excuse me.

24      Did you ever witness Mr. Dixon or Mr. Barnes talking

25  together?

*Sabrina Bowie - Direct*

1   A.  I haven't seen them talk together before.  Mr. Dixon had

2   called Mr. Barnes for me before.

3   Q.  You say Mr. Dixon has called Mr. Barnes for you before?

4   A.  Yes.

5   Q.  Where was Mr. Barnes when that happened?

6        MR. FINDLEY:  Objection.  Calls for speculation,

7   foundation.

8   BY MR. DAVIS:

9   Q.  If you know?

10  A.  He was at the jail when I talked to him.

11  Q.  You talked to him?

12  A.  On the telephone, yes.

13  Q.  What did you say to Mr. Barnes when you talked to him at

14  the jail?

15  A.  I asked him when was he coming back.

16  Q.  Was Mr. Dixon there when you were talking to Mr. Barnes?

17  A.  Yes.

18  Q.  Was he listening to what you were saying?

19  A.  Yes.

20  Q.  And you told Mr. Barnes, when are you coming back; is

21  that correct?

22  A.  I asked him, if he was coming back, and when he came

23  back, would he bring me something.

24  Q.  So, you asked him, when he came back, would he bring you

25  something.  What did you mean by "something"?

*Sabrina Bowie - Direct*

1   A.   Like nail polish, watches, earrings, lipsticks.

2   Q.   But that's contraband?

3   A.   Yes.

4   Q.   Did you ever talk with Barnes about having sex with

5   Dixon?

6   A.   No.

7   Q.   Why not?

8   A.   I didn't want him to know.  I didn't talk about any of

9   them with anyone else, any other officer.

10  Q.   Did Barnes every talk to you about having sex with anyone

11  else?

12  A.   No.  Not having sex.  He did told me something that

13  happened some years back, or with a letter or something, but

14  he never talked about having sex with anybody.

15  Q.   Now, what did you do with the contraband that Mr. Dixon

16  brought you?

17  A.   I would hide it, some of it.  I mean, I would hide it in

18  my room or, you know, hide it in the rec shack or give it to

19  Tiger to hide or Jo-Jo.

20  Q.   Did you consume it or did you sell it?

21  A.   Some of it.  Like the Black & Milds, I might smoke some

22  of them, but I didn't really smoke Black & Milds.  I smoked

23  cigarettes.  So, most of it I would sell or give away.  I'd

24  give some to Tiger, you know, for holding it.

25  Q.   Why did you agree to have sex with Dixon?

*Sabrina Bowie - Direct*

1    A.   Why did I agree to have sex with him?

2    Q.   Why did you have sex with Dixon?

3    A.   Well, he brought me stuff, I mean.

4    Q.   And that stuff was contraband?

5    A.   Yes.

6    Q.   Were you aware of the case officers switching shifts?

7    A.   Yes.

8    Q.   What do you know in that regard?

9    A.   Sometimes they would switch, I think, from talking to

10   different officers, because some units were wild or --

11        MR. FINDLEY:  Your Honor, I object to the hearsay.

12   She said based on what some officers told her.

13        THE COURT:  Establish how she knows what she's

14   saying.

15   BY MR. DAVIS:

16   Q.   Did you see officers switch shifts?  Did you actually see

17   them switch shifts?

18   A.   Yes.

19   Q.   Okay.  Who did you see switch shifts?

20   A.   Sometimes Mr. Anis Johnson would switch to come to F

21   unit.  Sometimes Mr. Johnson would switch from like compound

22   to come to F unit.

23   Q.   Did Mr. Barnes switch to come to F unit?

24   A.   Sometimes.

25   Q.   Did Mr. Dixon switch to come to F unit?

*Sabrina Bowie - Direct*

1   A.   I'm not sure.

2   Q.   You already testified that Mr. Moore was in F unit; is

3   that correct?

4   A.   Right, but I think -- I don't think it was a switch.   I

5   think he was filling in for someone that maybe needed that

6   day off or something.   I'm not really sure.   Because he knew

7   about it in advance.

8   Q.   Did Mr. Barnes ever tell you why he switched shifts?

9   A.   Well, he would say that it got too hot for him.

10  Q.   How did he say that?

11  A.   Like really he --

12  Q.   I beg your pardon?

13  A.   It's too hot for Barnes, Barnes got to switch.   He always

14  talked in the third person.

15  Q.   Mr. Barnes always talked in the third person.

16       Did Mr. Barnes tell you any other reason why he switched

17  shifts?

18  A.   Well, he said that he was switching to come back over

19  there and see me.

20  Q.   Mr. Barnes told you that he would switch to see you?

21  A.   Right.

22  Q.   Did any other officer ever tell you that they would

23  switch shifts to see you?

24  A.   Mr. Johnson.

25  Q.   Now, you say that, after you got out of prison,

*Sabrina Bowie - Direct*

52

1  Mr. Johnson called your home; is that correct?

2  A.  Yes.

3  Q.  Did there come a time when you spoke with Mr. Johnson

4  after you were out of prison?

5  A.  Yes.

6  Q.  And when was that?

7  A.  I'm not exactly sure of the month, but it was at the

8  end -- like the end of 2005.

9  Q.  Okay.  What happened when you spoke to Mr. Johnson?

10  A.  He was just telling me that things were wild at the

11  prison, and he was telling me that Mr. Hill had gotten

12  himself into some trouble with a young lady named Juvenile.

13  Q.  So, you were discussing matters at the prison?

14  A.  Right.

15  Q.  Did that include investigations?

16  A.  Oh, he was just saying that, you know, the police were

17  hot there.

18  Q.  Did you tell Mr. Johnson anything about -- did there come

19  time when you called Mr. Johnson at the direction of

20  Mr. Brunner?

21  A.  Yes.

22  Q.  What happened in that conversation?  What did you say?

23  A.  I called to tell him that I had been notified, you know,

24  and that the people had wanted me to come down and speak with

25  them, but I didn't know.  At first, you know, he was talking,

*Sabrina Bowie - Cross/Harper*

1    and then he was, "You must have the wrong number, ma'am.  I

2    don't know what you're talking about.  I don't know.

3    Bye-bye, ma'am."  And he hung up.

4    Q.  Mr. Johnson hung up on you?

5    A.  Yes.

6    Q.  And you had previously spoken to him before and he

7    recognized you?

8    A.  Yes.

9    Q.  What happened when Mr. Johnson hung up on you?

10   A.  I tried to call back, I didn't get an answer.  Shortly

11   after, Mr. Jackson called me.

12   Q.  And who is that?

13   A.  Derrick Jackson, he used to work at the facility.

14   Q.  Did Mr. Jackson make it known to you that he knew about

15   your phone call to Mr. Johnson?

16   A.  Yes.

17           MR. DAVIS:  One second, Your Honor.

18           Your Honor, I'm finished with my questions.

19           THE COURT:  Cross-examine?

20           MR. HARPER:  Yes, Your Honor.  May it please the

21   court.

22                        CROSS-EXAMINATION

23   BY MR. HARPER:

24   Q.  Ms. Bowie, I wanted to ask you, I heard you say something

25   about Ms. Blackston's reputation.  What were you talking

Sabrina Bowie - Cross/Harper

1    about?

2    A.   Talking about her reputation?

3    Q.   Yeah.  Your roommate's reputation.  When you were talking

4    there to Mr. Davis, you said something about Shirley

5    Blackston's reputation.

6    A.   I don't recollect saying anything about her reputation.

7    Q.   Well, do you remember telling other people about

8    Ms. Shirley Blackston's reputation?

9    A.   I don't remember.  I may have.  That's why I asked

10   Mr. Moore about had Shirley been trying to blackmail him,

11   because she said stuff like that and does stuff like that

12   sometimes.

13   Q.   She did or --

14   A.   I mean, I could just, you know, because she would get mad

15   and say stuff, like, about her husband at home, which would

16   make me think that she would try to hang that over

17   Mr. Moore's head.

18   Q.   So, if she blackmailed Mr. Moore, or tried to, that would

19   be consistent with her reputation.  Is that what you're

20   saying?

21   A.   I -- I don't know.

22   Q.   All right.  As far as reputation, that's something I

23   guess you hear in prison; is that right?

24   A.   I guess so.

25   Q.   Okay.  What did you hear of Ms. Blackston's reputation in

*Sabrina Bowie - Cross/Harper*

1   the prison?

2   A.  I never heard anything of her reputation in prison.  That

3   was from my interaction with her.

4   Q.  Okay.  So that was your opinion of her?

5   A.  Correct.

6   Q.  Is your opinion of her that she was an honest person or

7   not an honest person?

8   A.  I felt like she was honest; but, if she knew something

9   about you, that you had done, that you really had done, that

10  she might use that to her advantage, not that she would lie

11  on you, but she would use what she knew against you, not

12  necessarily lie on you.

13  Q.  Did she have a reputation of being a snitch?

14  A.  Oh, I don't know.  I don't know.  She was my roommate,

15  and she didn't, you know, she saw a lot of contraband come

16  into the room, you know, from me, that I would bring in, and

17  I never got in trouble for it.  So, I don't know about her

18  telling on me.

19  Q.  All right.  That bringing contraband in is contrary to

20  the prison's regulations; is that right?

21  A.  Correct.

22  Q.  Okay.  And you are still under supervision of the Bureau

23  of Prisons serving the rest of your special -- supervised

24  release?

25  A.  Correct.

*Sabrina Bowie - Cross/Harper*

1    Q.   Okay.   Are you worried about being charged for these

2    contraband items that happened that you're talking about?

3    A.   Worried about the whole situation, to be honest.

4    Q.   You are worried about it?

5    A.   Yes, I am.

6    Q.   That's hanging over your head; is that right?

7    A.   Yes, sir.

8    Q.   Are you worried about telling lies?

9    A.   Am I worried about telling lies?

10   Q.   Yes.

11   A.   No.

12   Q.   Nobody has told you, you're going to have problems with

13   telling lies, or you're not going to have problem with

14   telling lies?

15   A.   Nobody has to tell me that, because I'm not telling any

16   lies.

17   Q.   Well, didn't you go in on about January the 24th, 2006,

18   and talk to Special Agent Jeffrey Brunner and Special Agent

19   Patrick Sanford?

20   A.   Yes, sir.

21   Q.   And didn't you on that day deny having sex with

22   Correctional Officer Moore?

23   A.   No.

24   Q.   What day was it that you denied having sex --

25             MR. DAVIS:   Objection.

1          THE COURT:  Sustained.

2          MR. HARPER:  Let me rephrase the question.  I'm

3    sorry, Your Honor.

4    BY MR. HARPER:

5    Q.  Did you have a meeting with Special Agent George Williams

6    about 6 weeks after the incident and deny having sex with

7    Correctional Officer Moore?

8    A.  He never asked me any officer in particular.  I told him

9    I wasn't pregnant.  He told me, he said, "Well, I'm not going

10   to say any names, but you feel free to tell me," and I just

11   shook my head, no.  He didn't ask about Mr. Moore or anyone

12   else in particular at all.

13   Q.  We're talking about now -- I had the names wrong, but

14   we're actually talking about your interview with George

15   Williams.

16   A.  That's what I'm talking about.

17   Q.  Okay.  And that's -- well, do you see Mr. Williams in the

18   courtroom?

19   A.  Yes, I do.

20   Q.  Where do you see him?

21   A.  He's sitting in the front row, right there by himself.

22   Q.  In the blue shirt?

23   A.  Yes, it looks to be blue.

24   Q.  Okay.  He didn't use any names, but you denied having sex

25   with anybody.  Is that what you are saying?

1   A.  Yes, correct.

2   Q.  That wasn't true, was it?

3   A.  No, it was not.

4   Q.  Okay.  Well, was that a lie?

5   A.  Yes, it was.

6   Q.  Okay.  Are today's a lie?

7   A.  No, it's not.

8   Q.  How do we know?

9   A.  Well, I mean, there's evidence, I guess.  I mean,

10  there's --

11  Q.  DNA, do we have some DNA?

12  A.  I really don't know what you have, sir.

13  Q.  All right.  Did you save your clothes?

14  A.  No, sir.  I gave the shorts away, after speaking with

15  Mr. Williams, because he informed me that DNA could be tested

16  up to 2 years later.  So, I gave the shorts to another young

17  girl.

18  Q.  Okay.  So, you destroyed evidence, right?  Is that what

19  you're saying?

20  A.  Yes.

21  Q.  You knew that was wrong, didn't you?

22  A.  Yes.

23  Q.  Are you worried about getting in trouble for that?

24  A.  Am I worried about getting in trouble for that now?

25  Q.  Yes.

*Sabrina Bowie - Cross/Harper*

1   A.   I'm worried about the whole situation, as I previously

2   stated.

3   Q.   And you say you had a pregnancy test which you destroyed;

4   is that right?

5   A.   Yes, I did.

6   Q.   That's destruction of evidence, isn't it?  I need you to

7   answer out loud.

8   A.   Yes, sir.

9   Q.   Are you worried about getting in trouble for that?

10  A.   Yes.

11  Q.   And who is going to get you in trouble?  Mr. Moore?

12  A.   No.  My own actions would get me trouble if that were the

13  case.

14  Q.   In trouble with you?

15  A.   With whoever is prosecuting everyone else.

16  Q.   The government?

17  A.   Correct.

18  Q.   The same government that is supervising you right now,

19  right?

20  A.   Yes.

21  Q.   Did you have sex with Mr. Moore other than this night

22  you're talking about?

23  A.   No.

24  Q.   So, you never had sex with Mr. Moore more than 15 times,

25  that's not correct; is that correct?

*Sabrina Bowie - Cross/Harper*

1   A.   Right.

2   Q.   And did Mr. Moore come back in this room that night with

3   your roommate there in the room more than three occasions

4   that night?

5   A.   No.   He only came twice.

6   Q.   That's not true.   All right.   An allegation that -- never

7   mind.   I'll withdraw that question.

8        And the roommate, Shirley Blackston, is in a position to

9   witness all of this.   Is that what you're saying?

10  A.   Well, she was.   I thought she was asleep, but she was --

11  Q.   But she was in the room?

12  A.   Yes, sir.

13  Q.   A woman who has a reputation -- not a good reputation in

14  the prison?

15          MR. DAVIS:   Objection.

16          THE COURT:   Sustained.

17  BY MR. HARPER:

18  Q.   As I understood you, when you were talking there and

19  answering questions propounded to you by Mr. Davis, I

20  understood you to say that your sexual relationship with

21  Mr. Moore was not in return for contraband.   Is that what you

22  said?

23  A.   I didn't say that, but he never brought me any contraband

24  nor did I ask for any at that time.

25  Q.   Was your relationship with Mr. Moore based on a

1    give-and-a-take of contraband?

2    A.   No, it wasn't.   I thought maybe he would bring something,

3    but he didn't bring me any contraband, no.

4    Q.   And his conduct was not to keep you quiet, was it?

5    A.   Well --

6    Q.   He didn't tell you to keep quiet, did he?

7    A.   Yes, he did.

8    Q.   Did he bring you stuff and say, "Keep quiet"?

9    A.   No, not at that point, no.

10   Q.   And the alleged sex between April of 2004 and May of 2004

11   between you and Mr. Moore was not in exchange for contraband;

12   is that right?

13   A.   Correct.

14   Q.   Were you ever charged with having watches or Black &

15   Milds or earrings on --

16   A.   No, sir.

17   Q.   -- that you received from Mr. Barnes?

18   A.   No, sir.

19   Q.   And you disposed of those items.   Is that what I

20   understand?

21   A.   Sold them.

22   Q.   To other inmates?

23   A.   Yes, sir.

24   Q.   Were there -- if inmates wear earrings or bandanas,

25   doesn't everybody see them?

*Sabrina Bowie - Cross/Harper*

1    A.   Yes, but when you come from -- like, for instance, I came

2    from Marianna and being that I had pack myself out, I could

3    have brought up to two pair of earrings, the head scarf that

4    they sell there.  But, like, I brought head scarfs with me,

5    but, like, I brought one pair of earrings.  But being that I

6    came from Marianna, I'm from a different institution where we

7    are allowed to have those items.  So, unless it's someone

8    that's brand new, just coming into the system from Oklahoma,

9    or something, certain people are allowed to have it.  They

10   are not badgered about it, if they know that you come from a

11   different institution, because those items are on your

12   pack-out list, things you're allowed to have, you know.

13   Q.   So, it sounds like some inmates can have earrings and

14   some inmates can't?

15   A.   I mean, everyone can have them.  They sell them at the

16   commissary; but, say, for instance, they only sold balls at

17   Tallahassee, and they sell hoops in Marianna.  You can get

18   hoops and sell hoops to someone that's been to Marianna or,

19   even someone new that just came in, and they can say, "Well,

20   I came, I brought these with me."

21   Q.   This relationship that you had with Mr. Johnson, is that

22   Mr. Lavon Johnson?

23   A.   Yes, Vincent Johnson.

24   Q.   Vincent Johnson, Mr. Vincent Johnson, okay.

25        Was it a romantic relationship?

*Sabrina Bowie - Cross/Harper*

1    A.   No, sir.

2    Q.   And I mean by romantic, from the heart, not from the

3    groin.

4    A.   Well, I mean, it was a really heart-felt relationship,

5    but not romantic, strictly platonic, friends.

6    Q.   What I'm trying to differentiate, Ms. Bowie, and maybe

7    I'm not doing it well by virtue of my age, is, this is a

8    relationship of the heart, not a sexual relationship.   Is

9    that fair to say?

10   A.   Yes.

11   Q.   Okay.   And for that type of a relationship, it endured in

12   some fashion or another after you were transferred; is that

13   right?

14   A.   Correct.

15   Q.   Okay.   He was in touch with you, and I assume you gave

16   him a means to get in touch with you.

17   A.   Correct.   Well, he actually pulled that up off of the

18   computer, but I told him, yeah, that's where you can get in

19   touch with me at.

20   Q.   Didn't you give him a cell phone number?

21   A.   After I was released, yes.

22   Q.   Okay.   And you were released where and had a cell phone?

23   A.   I didn't have a cell phone.   I called him from my

24   friend's cell phone.   I was en route back to the halfway

25   house in Chattanooga.

1   Q.   Did you bust out of that halfway house?

2   A.   No.  I completed the time that I had been given there.

3   Q.   I'm sorry.  I didn't hear you.

4   A.   I completed the time that I had given there.

5   Q.   So, how did you get from a halfway house to a federal

6   institution?

7   A.   That's when I was in Atlanta.  I went from the halfway

8   house back to a federal institution.  I didn't talk to

9   Mr. Johnson until I was actually in the halfway house in

10  Chattanooga, Tennessee.

11  Q.   Wasn't that based on a discipline problem?

12  A.   Well, he said that I went into another room and said

13  something -- he heard me say something through the wall, but

14  I did tell him I felt like he was unfair and needed to be

15  replaced.

16  Q.   Who did you tell that to?

17  A.   The director.

18  Q.   The director of what?

19  A.   Of the halfway house in Atlanta.

20  Q.   Okay.  And you were charged with a disciplinary problem,

21  lying to staff, weren't you?

22  A.   I think it was insolence towards -- it was threatening

23  another with bodily harm and insolence towards staff.

24  Q.   Okay.  You had threatened the director of the program.

25  Is that who the threat was against?

*Sabrina Bowie - Cross/Harper*

65

1   A.   I didn't threaten anyone.  That's what he said.  I told

2   him he was unfair and needed to be replaced.  But he said

3   that he heard me through a wall going in saying that I was

4   going to slap him.

5   Q.   Okay.  So, the director is just a liar?

6   A.   Yes, he is.

7   Q.   Okay.  And he's one of the people that were supervising

8   you; is that right?

9   A.   Correct.

10  Q.   And the person that you threatened with bodily harm, was

11  it that same director or was it someone else?

12  A.   I never threatened -- I never said that.

13  Q.   I didn't ask that.  I guess, the threat based on your

14  wording --

15  A.   He said I went to another room and said that I was going

16  to slap him, the director, yes.

17  Q.   Didn't you, in fact, say that you never even said

18  anything in that report and your response to the

19  investigation?

20  A.   No.  I told him I felt like he was unfair and needed to

21  be replaced.

22  Q.   Did it cause the conditions of your supervised release to

23  be modified?

24  A.   At that time I was sent back.  So, it just prolonged me

25  being put on probation, because I hadn't actually been

1   released yet.

2   Q.   And you were put on probation when?

3   A.   In August of 2005, August the 11th.

4   Q.   And then, as late as 2006, you've had problems with your

5   probation, haven't you?

6   A.   Yes, sir.

7   Q.   Okay.  Drug problems; is that correct?

8   A.   Correct.

9   Q.   In fact, you failed drug screens in June of 2006 and in

10  September of 2006; is that right?

11  A.   It wasn't in June.  It was in July.

12  Q.   Okay.  Did you, in fact, submit to drug screens on

13  June 20th of 2006 and September the 1st of 2006, and

14  testified positive for marijuana?

15  A.   Correct.  And, when my probation officer gave me that

16  paper, he was supposed to make the changes to that paper,

17  because it was in July.  It wasn't June 20th.  It was in

18  July.  It wasn't June 20th.

19  Q.   And upon being presented these papers, did you admit the

20  violations and waive your right to a hearing?

21  A.   Yes, sir.

22  Q.   And there's another problem with your probation, too,

23  wasn't there?

24  A.   Yes, sir.

25  Q.   And that was failing to notify your probation officer

1   that you had been stopped and questioned by police officers;

2   is that right?

3   A.  Well, I wasn't stopped.  A young lady came to my

4   grandmother's house and tried to cut me with a knife, and she

5   bit me on my forearm, and she was taken to jail.  And, no, I

6   did not tell him about it.

7   Q.  Any other problems with your probation?

8   A.  Well, the incident with the young lady, she has a baby by

9   my ex-boyfriend, and he's a convicted felon, and I did not

10  tell my probation officer about him, either.

11  Q.  So, you associated or is charged with associating with a

12  convicted felon on multiple occasions between May of 2006 and

13  September of 2006, without the knowledge of your probation

14  officer, and you didn't tell the probation officer about

15  that, right?

16  A.  Correct.

17  Q.  So, it wasn't just one time, it was multiple times,

18  right?

19  A.  Yes.

20  Q.  And then you actually falsified your monthly report in

21  failing to disclose these things to your probation officer as

22  you are required to by the terms of your probation; is that

23  right?

24  A.  Yes, sir.

25  Q.  Do you have any mental health issues?

1    A.  No, sir, I don't.  They sent me to see a counselor,

2    actually, in January, when I spoke to the agents.  I was

3    pretty upset about it.  So, I voluntarily, I asked to go and

4    speak with someone, and they sent me to speak to a lady in

5    Chattanooga.

6    Q.  Okay.  That was in February of 2005?

7    A.  Correct.  I'm not sure if it was February, but it was

8    after I spoke with Mr. Sanford and Mr. Brunner in January.

9    Q.  And you consented to a program of mental health

10   evaluation and treatment and counseling; is that correct?

11   A.  Yes, sir.  That was all they offered.  That's all they

12   had to contract.

13   Q.  And that was based on the fact that you appeared to have

14   some mental health or emotional problems?

15   A.  Emotional problems, yes.

16   Q.  Well, you signed and agreed to that, did you not, that

17   modification to your probation?

18   A.  Yes, sir.

19   Q.  And it was set out in the modification that it was, based

20   in part at least, upon the defendant appearing to have --

21          MR. DAVIS:  Objection.

22          THE COURT:  Sustained.

23   BY MR. HARPER:

24   Q.  Your relationship back with Mr. Johnson was never a

25   sex -- y'all never had sex?

1    A.   No, sir.

2    Q.   He never brought you contraband?

3    A.   Yes, he did bring contraband.

4    Q.   But it was not in exchange for sex?

5    A.   No, sir.

6    Q.   Okay.  You had sex allegedly with Mr. Moore, which you've

7    talked about; you had sex allegedly with Mr. Dixon, which

8    you've talked about.  Did you have sex with any other

9    officers out there?

10   A.   Yes, sir.  I had sex with Mr. Barnes.

11   Q.   Okay.  Anybody else?

12   A.   (Shakes head.)

13   Q.   Any other officers?

14   A.   No, sir.

15   Q.   Has there been any discipline issue for you regarding sex

16   with an officer?

17   A.   No, sir.

18   Q.   Ms. Blackston, isn't it the truth that you really never

19   had vaginal sex with Mr. Moore?

20   A.   Bowie.  No, it's not true.

21   Q.   I'm sorry.

22   A.   It's okay.  No, that's not true.  We did have sex.

23   Q.   And it's just a spontaneous thing, one time, walks in at

24   night, and it's not a gift, not a *quid pro quo*, not a gift,

25   in exchange of a gift?

1          MR. DAVIS:  Your Honor, it's a multiple question.

2          THE COURT:  Sustained.

3          MR. HARPER:  It's a bad question.  I'll rephrase.

4    BY MR. HARPER:

5    Q.  One time, one night, you're saying, and it's not in

6    exchange for gifts.  Is that what you are saying?

7    A.  Right.  He never brought me anything, no, not until

8    later.

9          MR. HARPER:  I have nothing else at this time, Your

10   Honor.

11         THE COURT:  Mr. Findley?

12         MR. FINDLEY:  Very briefly.

13                        CROSS-EXAMINATION

14   BY MR. FINDLEY:

15   Q.  Good morning, Ms. Bowie.

16   A.  Good morning.

17   Q.  My name is Tom Findley.  I represent Officer Dixon.

18      You've testified on direct examination that you didn't

19   have any conversations with Mr. Dixon about sex; is that

20   correct?

21   A.  No, not until he told me to go into the bathroom.  We

22   still didn't have a conversation about sex, no.

23   Q.  Okay.  And you also testified that you didn't have any

24   conversations about contraband with Mr. Dixon; is that

25   correct?

1   A.   He brings stuff, you know.

2   Q.   Right.

3   A.   I have something for you, or will you bring -- I asked

4   him -- yes, I did.  I asked him about the pregnancy test that

5   he had brought, you know, to bring the pregnancy test.

6   Q.   Okay.

7   A.   I would -- I've asked him before for Black & Milds.   In

8   fact, when I did ask him for Black & Milds, he didn't bring

9   them the next time he came.  It was later.

10   Q.   And that was the extent of the types of conversations

11   that you had with him about contraband?

12   A.   Yes, sir.

13   Q.   Okay.

14        MR. FINDLEY:   Thank you very much.

15        THE WITNESS:   You're welcome.

16        THE COURT:   Redirect?

17                      REDIRECT EXAMINATION

18   BY MR. DAVIS:

19   Q.   Ms. Bowie, in Mr. Harper's questioning he suggested that

20   you destroyed evidence when you threw away the EPT and

21   cleaned up the semen.  Why did you do that?

22   A.   Well, I didn't -- I knew I couldn't have it, and I didn't

23   want to get in trouble, and I didn't want them to get into

24   any trouble.

25   Q.   You didn't want these defendants to get in trouble?

1   A.   No.

2   Q.   And you knew you couldn't have it?

3   A.   Right.

4   Q.   What would happen to you if you had it in the prison?

5   A.   I would be locked up in the SHU.  I was already locked

6   up, but --

7   Q.   You would have been put into a worse situation?

8   A.   Right.

9   Q.   Has the government promised you anything for your

10  testimony here?

11  A.   No, sir.

12  Q.   In your situation right now is that you're in a halfway

13  house in Tennessee?

14  A.   Yes.

15  Q.   Is that as a result of your own actions?

16  A.   Yes, sir.

17  Q.   Now, on cross both counsels asked whether or not you had

18  any kind of an agreement to get contraband from either of

19  these men in exchange for sex.

20       What was your understanding?  Why did you have sex with

21  these people?

22  A.   So they would bring me things.

23  Q.   So they would bring you what?

24  A.   So they would bring me contraband.  They never said it,

25  no, or there was no written agreement or anything, but you

1    don't have to explain, it was understood.

2    Q.  How was it understood?  Why was it understood?  Tell us

3    about that.

4    A.  The more you done the more you got, I mean, in some

5    cases.

6    Q.  What does "the more you done the more you got" mean?

7    A.  The more sex you had or the more -- the more sex you had,

8    the more things you got, or the longer you continue to get

9    it.

10   Q.  And that was your understanding going in and having sex

11   with these people?

12   A.  Yes, sir.

13   Q.  Would you have had sex with them if you didn't think you

14   were going to get contraband?

15   A.  No, sir.

16   Q.  Now, when Mr. Harper questioned you, you stated that

17   Mr. Moore did tell you to keep quiet after you had sex.  What

18   were the details of that?  When did that take place?

19   A.  He was like -- he would do like that.

20   Q.  When did that take place?  Was that after you had had

21   sex?

22   A.  Yes, sir.

23   Q.  Was that after you had gone away to the halfway house and

24   come back and confronted him about giving contraband to

25   Shirley Blackston?

*Sabrina Bowie - Redirect*

1   A.   No.   Before I had left, even after I had told what

2   Mr. Williams had called me into the office and said.

3   Q.   And he put his a finger to his lips as though he was

4   signaling to be quiet; is that correct?

5   A.   Right.

6   Q.   And what did you do when he said that?

7   A.   Okay.

8   Q.   You agreed?

9   A.   Yes.

10  Q.   Because you didn't want to get into trouble; is that

11  correct?

12  A.   Or him either.

13  Q.   And you didn't to get him into trouble, either.

14       Mr. Harper brought up the fact that you have applied for

15  mental health counseling?

16  A.   (Nods head.)

17  Q.   What was the emotional problem that led you to do that?

18  A.   Well, you know, you try to put certain things behind you.

19  Q.   What certain things are you trying to put behind you?

20  A.   Prison, things that happened in prison, just being away.

21  The whole -- the whole, everything.   You try to put the whole

22  situation behind you, I did.

23  Q.   Did you interview with Mr. Brunner bring that forward?

24  A.   Yes, sir.

25  Q.   Are you here of your own voluntary accord today?

*Sabrina Bowie - Redirect*

1   A.   Yes, sir.

2   Q.   Were you given a subpoena by the government to appear

3   here?

4   A.   Yes.  I was given a subpoena, but I didn't -- I came

5   without a problem.

6   Q.   You're not in custody?

7   A.   No, no.  I'm sorry.

8   Q.   Do you want to be here testifying against these men?

9   A.   No, I do not.

10          MR. DAVIS:  Thank you, Your Honor.

11          THE COURT:  Thank you, Ms. Bowie.  You may step down.

12      (End of excerpt.)

13                  *  *  *  *  *  *  *  *

14

15

16

17  I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.  Any
18  redaction of personal data identifiers pursuant to the
    Judicial Conference Policy on Privacy are noted within the
19  transcript.

20

21

22  s/Judy A. Nolton                          11/01/2006

23  Judy A. Nolton, RPR                   Date
    Official U.S. Court Reporter
24

25

1                                  <u>INDEX</u>

2

3

4    <u>WITNESS FOR THE GOVERNMENT</u>:                          <u>PAGE</u>

5

     *SABRINA RENÉ BOWIE*
6          DIRECT EXAMINATION BY MR. DAVIS                2
           CROSS-EXAMINATION BY MR. HARPER                53
7          CROSS-EXAMINATION BY MR. FINDLEY               70
           REDIRECT EXAMINATION BY MR. DAVIS              71

8

9                       *   *   *   *   *   *   *   *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25