UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,         )
                                  ) *Case No.:  4:06cr36-RH*
                 *Plaintiff,*     )
                                  ) *Tallahassee, Florida*
*vs.*                             ) *November 1, 2006*
                                  )
*GREGORY DIXON and ALAN MOORE*    )
                                  )
                 *Defendants.*    )
_____    )

## TESTIMONY OF ST. ANNE NARCISSE

TRANSCRIPT OF EXCERPT OF THIRD DAY OF TRIAL
BEFORE THE HONORABLE ROBERT L. HINKLE,
CHIEF UNITED STATES DISTRICT JUDGE, and a jury

APPEARANCES:

For the Plaintiff:          Gregory R. Miller
                            United States Attorney
                            By:  ROBERT O. DAVIS
                                 P. ALAN SPROWLS
                                 Assistant U.S. Attorneys
                            111 North Adams Street
                            Tallahassee, Florida 32301

For the Defendant,          Messer, Caparello & Self, P.A.
Gregory Dixon:              By:  THOMAS MARSHALL FINDLEY
                                 SEAN SHAW
                                 Attorneys at Law
                            215 South Monroe Street
                            Suite 701
                            Tallahassee, Florida   32301

For the Defendant,          Harper & Harper Law Firm, P.A.
Alan Moore:                 By:  ROBERT AUGUSTUS HARPER
                                 ROBERT AUGUSTUS HARPER, III
                                 Attorneys at Law
                            325 West Park Avenue
                            Tallahassee, Florida   32301

***JUDY A. NOLTON, RPR***
*Official United States Court Reporter*
*111 North Adams Street * Tallahassee, Florida  32301-7717*
*(850) 561-6822*

*St. Anne Narcisse - Direct*

```
 1                    *   *   *   *   *   *   *   *
 2              MR. DAVIS:  Your Honor, the government calls
 3   St. Anne Narcisse.
 4              DEPUTY CLERK:  Please raise your right hand.
 5         ST. ANNE NARCISSE, GOVERNMENT WITNESS, DULY SWORN
 6              DEPUTY CLERK:  Be seated.
 7              Please, state your full name and spell your last
 8   name for the record.
 9              THE WITNESS:  St. Anne Narcisse; my last name.
10   N-a-r-c-i-s-s-e.
11                         DIRECT EXAMINATION
12   BY MR. DAVIS:
13   Q.  Good morning, Ms. Narcisse.
14   A.  Good morning.
15   Q.  Now, can you pull your chair very, very close to that
16   microphone and speak very loudly.  You have a very quiet
17   voice.
18        Ms. Narcisse, where were you born?
19   A.  I was born in Haiti.
20   Q.  And if you can just try to say that -- I just want to
21   make sure that we can all hear you.  Can you pull that
22   microphone closer to you at all?  Maybe lean forward a little
23   bit.
24        And where were you raised?
25   A.  Delmer.
```

*St. Anne Narcisse - Direct*

1   Q.   That's in Haiti?

2   A.   Yes.

3   Q.   Did there come a time when you moved to the United

4   States?

5   A.   Yes.

6   Q.   And where did you live in the United States?

7   A.   Bradenton, Florida.

8   Q.   Okay.  And where is your family, Ms. Narcisse?

9   A.   I have -- my mother is in Haiti, and I have brothers and

10  sisters in Miami.

11  Q.   And how far did you go in school, Ms. Narcisse?

12  A.   Nine grade.

13  Q.   Okay.  Now, Ms. Narcisse are you currently at the Federal

14  Correctional Institution in Tallahassee?

15  A.   Yes.

16  Q.   And is that because you were convicted on a conspiracy to

17  distribute cocaine base charge?

18  A.   Yes, sir.

19  Q.   Did you get 87 months in prison for that?

20  A.   Yes, sir.

21  Q.   You were arrested in 2003 on that, and then you pled

22  guilty in 2004; is that correct?

23  A.   Yes, sir.

24  Q.   Now, do you have any other felony convictions,

25  Ms. Narcisse?

*St. Anne Narcisse - Direct*

1   A.   Yes, sir.  That's a felony?

2   Q.   Do you have any other felony convictions?

3   A.   Yeah.  I was -- I got arrested I think when I was like

4   19.

5   Q.   I'm not asking you for the arrests.

6   A.   Oh, no, sir.

7   Q.   Were you convicted of any other felonies?

8   A.   No, sir.

9   Q.   Okay.

10         THE COURT:  Ms. Narcisse, it will help us if you will

11   speak up as loudly as you could.  You want to get close to the

12   microphone, but then ignore it and speak up loudly enough that

13   somebody against back wall of the courtroom would be able to

14   hear you even without a microphone.  If you'll do that for us,

15   we will all be able to hear.

16   BY MR. DAVIS:

17   Q.   Now, did you have a Plea and Cooperation Agreement in

18   your case?

19   A.   Yes, sir.

20   Q.   Did you provide any cooperation?

21   A.   No, sir.

22   Q.   Was your sentence reduced at all by the government?

23   A.   No, sir.

24   Q.   And when did you arrive in FCI-Tallahassee, what year?

25   A.   '04.

*St. Anne Narcisse - Direct*

1   Q.   Would that be 2004?

2   A.   Yes, sir.

3   Q.   And what unit did you go to?

4   A.   C unit.

5   Q.   Now, did you know Officer Moore when you were in C unit?

6   A.   Yes, sir.

7   Q.   And do you see Officer Moore here in the courtroom here

8   today?

9   A.   Yes, sir.

10   Q.   Can you point him out to the jury, Ms. Narcisse?

11   A.   (Indicating.)

12   Q.   And can you tell me who you are pointing to?

13   A.   Mr. Moore.

14   Q.   What is Mr. Moore wearing?

15   A.   Like a gold color sweat -- I mean -- suit.

16        MR. DAVIS:  Your Honor, if the record would reflect

17   she's identified Mr. Moore.

18   BY MR. DAVIS:

19   Q.   Do you know Mr. Moore?

20   A.   Yes, sir.

21   Q.   And how do you know him?

22   A.   By working in the unit.

23   Q.   Okay.  Did there come a time when Mr. Moore approached

24   you sexually?

25   A.   Yes, sir.

St. Anne Narcisse - Direct

1  Q.  Explain to the juror how that came about.  What were you

2  doing?

3  A.  There was a time when I was coming from working out one

4  day.

5  Q.  So you worked out?

6  A.  And I was coming in.

7  Q.  I just want to be clear.  You were doing physical

8  exercise; is that correct?

9  A.  Uh-huh.

10  Q.  And you were coming back from that; is that correct?

11  A.  Yes, sir.

12  Q.  Okay.  Continue.

13  A.  And when I was coming in, then he come in that day, and I

14  talked to him for like a few seconds.

15  Q.  And what did you say to him?

16  A.  He said I have a nice butt.

17  Q.  That's what Mr. Moore said to you?

18  A.  Yes, sir.

19  Q.  He said you have a nice butt?

20  A.  Uh-huh.

21  Q.  What else did Mr. Moore say to you?

22  A.  That day?  So, I left and went to my cube.  And then

23  after that, one night he was working, and he tapped on my

24  bed.

25  Q.  He did what to your bed?

*St. Anne Narcisse - Direct*

1    A.   Tapped my bed.

2    Q.   He tapped on your bed?

3    A.   Uh-huh.  And called me down.

4    Q.   And what happened after he tapped on your bed?

5    A.   Called me in the office to talk to him.

6    Q.   And did you go to the office?

7    A.   Yes, sir.

8    Q.   And do you remember what time that was about?

9    A.   I don't recall, sir.

10   Q.   Was it at night?

11   A.   Yes, sir.

12   Q.   Was it before or after the 12:00 count?

13   A.   After.

14   Q.   So it was at night after the 12:00 count?

15   A.   Yes, sir.

16   Q.   What happened when you went to the office with Mr. Moore?

17   A.   Then he started -- then that night, he grabbed me and he

18   hold me.

19   Q.   He grabbed you and held you?

20   A.   Uh-huh.

21   Q.   And what happened after that?

22   A.   Then he squeezed my --

23   Q.   Ms. Narcisse, you have to say the word.

24   A.   Then that night, when he called me in the office, then he

25   grabbed me, and then he squeezed me close to him.  Then he

*St. Anne Narcisse - Direct*

1   squeezed my boob.

2   Q.   He squeezed your boob?

3   A.   (Nods head.)

4   Q.   What happened after he squeezed your boob?

5   A.   Then after that, he started touching me all over, close

6   to him, then we get to a point that he --

7   Q.   When he touched you all over, where did he touch you?

8   A.   Like my private part.  He used his finger on my private

9   part.

10  Q.   He used his fingers on your private parts?

11  A.   (Nods head.)

12  Q.   Does that mean your vagina, Ms. Narcisse?

13  A.   Yes, sir.

14  Q.   What did he do when he touched you on your breasts and

15  vagina?  What did you do?

16  A.   I was telling him to let me -- started, he hugged me.

17          MR. HARPER:  Your Honor, I can't understand the

18  witness.

19  BY MR. DAVIS:

20  Q.   We can't understand you, Ms. Narcisse.  You just have to

21  speak a little louder into the microphone.

22      What did you do after he touched you?

23  A.   Grabbed him also.

24  Q.   You grabbed him also?

25  A.   (Nods head.)

*St. Anne Narcisse - Direct*

1  Q.  What happened that night?  Did you have intercourse that

2  night?

3  A.  When he was fingering me?

4  Q.  Yes.

5  A.  No.  He never --

6  Q.  So, after he touched you and put his finger in your

7  private parts, was that all that happened that night?

8  A.  Yes, sir.

9  Q.  Did you tell him to stop?

10  A.  Yeah, I told him to stop.  And then, when I worked out,

11  after that, and then he -- I worked out, and then I went to

12  my cube.  And then when he come back after that, a day or two

13  after that, that's when he came back, he told me he had to

14  repent himself.

15  Q.  He told you he had to repent himself?

16  A.  Yes.

17  Q.  Was that an apology to you, Ms. Narcisse?

18  A.  I don't know.

19  Q.  You don't know?

20  A.  (Shakes head.)

21  Q.  But he said, "I have to repent myself"?

22  A.  Uh-huh.

23  Q.  After Mr. Moore said he had to repent himself, did you

24  have any other further contact with Mr. Moore?

25  A.  Not right away.

*St. Anne Narcisse - Direct*

1   Q.   Not right away.  Did you later have contact with

2   Mr. Moore?

3   A.   Yeah, when he came back to work the next time.

4   Q.   So, the next time he was back in your unit, you had

5   contact with Mr. Moore?

6   A.   Yes, sir.

7   Q.   What was that contact?

8   A.   That he didn't come to work for a few days.  After, when

9   come back to work, and he stayed behind the wall there, he

10  called me again.

11  Q.   Okay.  I'm having trouble understanding you,

12  Ms. Narcisse.  Could you repeat what you said?

13  A.   When he come back to work the next time, he called me

14  behind the wall, called me in the office, and then I went

15  back in -- get down my bed and went to talk to him.

16  Q.   You went down and talked to him.  Did Mr. Moore give you

17  anything?

18  A.   Yes, sir.

19  Q.   What did he give you?

20  A.   Some Black & Milds and bubble gum.

21  Q.   Do you remember how much Black & Milds, how much bubble

22  gum?

23  A.   The first time, it was like four pack.

24  Q.   Of --

25  A.   Of Black & Milds.

*St. Anne Narcisse - Direct*

1   Q.   Okay.  And how much bubble gum?

2   A.   Like three.

3   Q.   Was that contraband?

4   A.   Yes, sir.

5   Q.   What did you do with the Black & Milds and the bubble

6   gum?

7   A.   Sell them.

8   Q.   You sold them on the compound?

9   A.   Yes, sir.

10  Q.   Had you seen Mr. Moore with contraband before?

11  A.   If I seen him with contraband?  After -- after the second

12  time, when he fingered me, I saw him give somebody some Black

13  & Milds.

14  Q.   Who did you see him give Black & Milds to?

15  A.   Shonnie Daniels.

16  Q.   Okay.  Now, what happened after Mr. Moore gave you the

17  contraband?

18  A.   After he give me the contraband, when he come back to

19  work the next time, when he called me down in the office,

20  then he started -- he grabbed my butt and squeezed my butt,

21  and he start touching me all over again.  Then he bent me

22  down in the office, then he unzipped his pants.

23  Q.   Did Mr. Moore have sex with you?  Did Mr. Moore have sex

24  with you?

25  A.   Yes, sir.

*St. Anne Narcisse - Direct*

1   Q.  Did he wear a condom?

2   A.  I believe so, sir.

3   Q.  And what happened after he had sex with you?

4   A.  It wasn't long, and there was an officer coming from

5   close, so he -- I guess he seen the officer was coming, then

6   he told me to -- told me to leave.

7   Q.  How did he tell you to leave?

8   A.  Like kind of crawled down from office to the hallway.

9   Q.  So, does that mean you got on your hands and knees to

10  crawl out of the office?

11  A.  Yes, sir.

12  Q.  Why did you do that?

13  A.  Because he told me to get low.

14  Q.  Because he told you to get low.

15      Why did you have sex with Mr. Moore?

16  A.  Because he -- he asked me to, and then I do it because he

17  was bringing me contraband.

18  Q.  You did it because he was bringing you contraband?

19  A.  Yes, sir.

20  Q.  And you had gotten contraband from Mr. Moore before you

21  had sex with him; is that correct, your testimony?

22  A.  Excuse me?

23  Q.  Did you testify that you got contraband before you had

24  sex with Mr. Moore?

25  A.  If I testified --

*St. Anne Narcisse - Direct*

1  Q.  You testified a few moments ago that he gave you

2  Black & Milds --

3  A.  Yes, sir.

4  Q.  -- and then you had sex with him; is that correct?

5  A.  Yes, sir.

6  Q.  Did you get contraband after you had sex with him?

7  A.  No, sir.

8  Q.  Now, after you had sex with him, did you continue to see

9  Mr. Moore?

10  A.  I see him a few times after that, and -- but we just

11  spoke, like, hi.

12  Q.  Did you see him with anyone else?

13  A.  Yes, sir.

14  Q.  Who did you see him with?

15  A.  One night I seen him with this girl named Luna.

16  Q.  Okay.  What did you see Luna do?

17  A.  He used to go to Luna cube a lot of times after, and then

18  one night Luna went in the closet, it's a supply closet.

19  Q.  Okay.  Was she there for a long time?

20  A.  For a while, yes, sir.

21  Q.  Was that a place she was permitted at that time of night?

22  A.  Excuse me?

23  Q.  Was it permitted to be in that supply closet at that time

24  of night?

25  A.  (Shakes head.)

St. Anne Narcisse - Direct

1   Q.  You are shaking your head.  You have to say yes or no,

2   Ms. Narcisse.  You have to answer.  You can't shake your

3   head.

4        Was it permitted to be --

5   A.  Oh, no, sir.

6            MR. DAVIS:  Thank you, Ms. Narcisse.

7            THE COURT:  Cross examine?

8            MR. HARPER:  May we approach the bench, Your Honor.

9            THE COURT:  You may.

10       (Conference held at side-bar.)

11           MR. HARPER:  Your Honor, on this witness we have not

12   received a rap sheet or a conviction or a plea agreement or

13   statement or anything else on this particular witness.  This

14   is the first one we've had this issue with, but I haven't seen

15   a thing on this person.

16           MR. DAVIS:  Your Honor, I'm happy to give defense

17   counsel the rap sheet that we did provide in discovery as soon

18   as we were aware that would be a witness, and I have

19   Bate-stamped copies of that.  I also have her criminal

20   history.  She does not have a prison disciplinary record.

21           MR. FINDLEY:  For the record, I recall getting that.

22   It was late last week.  It was a small fax, there was a bunch

23   of stuff that was coming in.

24           MR. DAVIS:  Perhaps at recess I would be happy to

25   give him what I have right now.

1          THE COURT:  No.  Let's go ahead.  Maybe Mr. Findley

2    can go first, but --

3          MR. FINDLEY:  I'm not going to have any cross,

4    anyway.  She didn't say anything about Mr. Dixon.

5          THE COURT:  Mr. Davis has already asked her about her

6    record.  Now you've got additional copies of the material, so

7    you can inquire.

8          MR. FINDLEY:  Your Honor, I am going to have a

9    motion, but it's going to take longer.  It doesn't have to be

10   made now, but --

11         THE COURT:  We'll do it at lunch.

12         MR. HARPER:  We would object to this testimony and

13   move that it be stricken under 404(b).  We didn't receive any

14   notice of this.  First of all, it's not similar to anything

15   that's charged, and we say it's extrinsic under 404(b).

16         THE COURT:  The motion is denied.  We can address

17   that more at lunch, also.

18      (End of side-bar conference.)

19         MR. HARPER:  May it please the court.

20                      CROSS-EXAMINATION

21   BY MR. HARPER:

22   Q.  Ms. Narcisse, is that the way you say it?

23   A.  Yes, sir.

24   Q.  Who all have you told about this?

25   A.  Who I told about it?

St. Anne Narcisse - Cross/Harper

```
 1  Q.  Yeah.

 2  A.  Like --

 3  Q.  Nobody?

 4  A.  Except peoples who come up to me.

 5  Q.  Who specifically are you talking -- Mr. Brunner?

 6  A.  Yes, sir.

 7  Q.  You did?

 8  A.  Yes, sir.

 9  Q.  Did he write down your statement or did you give him a

10  tape-recorded statement?

11  A.  He wrote it down.

12  Q.  Did he ask you if you were right, if -- did he ask -- did

13  he write things down and say, "Is this what you said"?

14  A.  Yes, sir.

15  Q.  He did?  When was that statement?

16  A.  Last week.  I don't remember the date.

17  Q.  Is that the first time you talked to him?

18  A.  I talked to him twice.

19  Q.  When was the other time?

20  A.  I think both of them was last week.

21  Q.  Okay.  And that's the first time you talked to

22  Mr. Brunner?

23  A.  Yes, sir.  And today.

24  Q.  And today.  Was anyone else there when you talked to

25  Mr. Brunner?
```

*St. Anne Narcisse - Cross/Harper*

```
 1    A.  Yes, sir.

 2    Q.  Who else?

 3    A.  Mr. Williams.

 4    Q.  Mr. George Williams?

 5    A.  Yes, sir.

 6    Q.  Who works out at the institution?

 7    A.  Yes, sir.

 8    Q.  And both of these gentlemen are here in the courtroom,

 9    right one behind the other; is that right?

10    A.  Yes, sir.

11    Q.  Did Mr. Williams take notes when you talked?

12    A.  Uh-huh, yes, sir.

13    Q.  Okay.  And did he ask you if he was quoting you correct

14    or getting things correct as you said them?

15    A.  If Mr. Williams did -- Mr. Williams did that?

16    Q.  Did he?

17    A.  No, sir.

18    Q.  Just Mr. Brunner did that?

19    A.  Yes, sir.

20    Q.  Did you talk to any other officer, maybe Mr. Sanford

21    here?

22    A.  Mr. Sanford?

23    Q.  Do you know Mr. Sanford?

24    A.  He was there.

25    Q.  Okay.
```

*St. Anne Narcisse - Cross/Harper*

 1   A.   With the --

 2   Q.   Mr. Sanford is this handsome gentleman there with the

 3   green shirt and -- are we talking about the same person?

 4   A.   Yes, sir.

 5   Q.   I'm sorry.  I'm having a hard time --

 6   A.   Yes, sir.

 7   Q.   Okay.  And he was there which time?

 8   A.   Which time?

 9   Q.   Yeah.

10   A.   When he was there.

11   Q.   He was there -- I understand he was there, Ms. Narcisse,

12   but he was there which time you talked or which time are we

13   talking about?  It seems like we are talking about at least

14   three times.  The first time, the second time or the third

15   time?

16   A.   The second time he was there.

17   Q.   Okay.  Where were these meetings?

18   A.   Where?

19   Q.   Yes, ma'am.

20   A.   In Mr. George Williams's office.

21   Q.   Okay.  Out at the prison?

22   A.   Yes.

23   Q.   And you are wearing prison uniform right now; is that

24   right?

25   A.   Yes, sir.

*St. Anne Narcisse - Cross/Harper*

1    Q.   Okay.  And when we say "prison," we're talking about the

2    FCI prison; is that right?

3    A.   Yes, sir.

4    Q.   And did they go over -- did Mr. Brunner or any of the

5    other officers go over what you said to make sure they had

6    written down what you said?

7    A.   Yes, sir.

8    Q.   Okay.

9         MR. HARPER:  Your Honor, I would like to renew my

10   request for that record.

11        THE COURT:  Request denied.

12   BY MR. HARPER:

13   Q.   Is that the first time you talked to the officers?

14   A.   Yes, sir.

15   Q.   Okay.  And why did you talk to them last week and not in

16   the two and a half years previous?

17   A.   I never ever think it would come to that.

18   Q.   I'm sorry.  I didn't hear you.

19   A.   I never think it would come to that.

20   Q.   I still could not understand you.

21   A.   I didn't think it was necessary.  I never think it would

22   come to that.

23        MR. HARPER:  I couldn't understand the last word,

24   Your Honor.

25        THE COURT:  She said she didn't think it was

*St. Anne Narcisse - Cross/Harper*

1    necessary, she didn't think it would come to that.

2           MR. HARPER:  Oh, come to that.

3    BY MR. HARPER:

4    Q.  How did you get picked out to give a statement?  Did you

5    come forward?

6    A.  First, the unit team called me one day and she talked

7    with me, and I talked to her, and that's how it started.

8    Q.  Okay.  And that was when?

9    A.  That was when?

10   Q.  Yes.

11   A.  About two or three months ago.

12   Q.  Okay.  And you're talking about events that happened

13   when?

14   A.  That happened -- what?

15   Q.  When you said you and Mr. Moore met in an office, when

16   did that supposedly happen?

17   A.  Like a few years, a few years ago.

18   Q.  A few years ago?

19   A.  (Nods head.)

20   Q.  Okay.  What years?

21   A.  About '94, '95 -- '95.

22   Q.  I'm having the hardest time hearing you.

23   A.  I say about '95 -- '94, '95.

24   Q.  Okay.  Did it have anything to do, as far as you know,

25   did it have anything to do with Alfred Barnes, Lavon Spence,

*St. Anne Narcisse - Cross/Harper*

1   or Mr. Johnson?

2   A.  No, sir.

3   Q.  So, this is something that happened 10 years ago.  Is

4   that what you're saying?

5   A.  No, sir.

6   Q.  What -- what are you saying?

7   A.  No, it did not happen 10 years ago.

8   Q.  Okay.  That's what I was asking you.  When did this thing

9   that you are saying happened, when did that supposedly

10  happen?

11  A.  On '04, '05.

12  Q.  What are you talking about happened in '95?

13  A.  I don't remember what month and what date.

14          THE COURT:  Mr. Harper, I apologize for interrupting,

15  but I need to close the skylight.

16  BY MR. HARPER:

17  Q.  Now, you indicated a few minutes ago, Ms. Narcisse, that

18  you were working out; is that right?

19  A.  Yes, I used to, sir.

20  Q.  Okay.  If you would pull that microphone a little bit

21  over to you and get in front of this thing, I can hear when

22  you go through that microphone, but I'm just having a hard

23  time hearing.

24      Is that a common thing, women out there at the

25  institution, working out?

*St. Anne Narcisse - Cross/Harper*

1   A.   They do it in free time.

2   Q.   Okay.  And a lot of women do that?

3   A.   Yes, sir.

4   Q.   Okay.  And is that supervised or is it not supervised

5   time?

6   A.   We work out 'cause it helps reduce the stress.

7   Q.   And do you have a chance to talk to each other?

8   A.   We women, yes, sir.

9   Q.   Okay.  And you know Shonnie Daniels; is that right?

10   A.   Yes, sir.

11   Q.   Do you know Shirley Blackston?

12   A.   No, sir.

13   Q.   Do you know Sabrina Bowie?

14   A.   No, sir.

15   Q.   Do you know women by when you see them and maybe know

16   them by another name than their real name?

17   A.   Yes, sir.

18   Q.   So, if I said do you know Mesha or Juvenile, would you

19   know them?

20   A.   Yes, sir.

21   Q.   But you're not sure whether you know Sabrina Bowie or

22   you're not sure if you know Shirley Blackston?

23   A.   If I knew them by different other name.

24   Q.   Do you know Shonnie Daniels?

25   A.   Yes, sir.

*St. Anne Narcisse - Cross/Harper*

1  Q.  Okay.  How do you know her?

2  A.  We used to live in the same unit.

3  Q.  You used to -- what?

4  A.  We used to live in the same unit.

5  Q.  Okay.  Did y'all deal contraband together?

6  A.  No, sir.

7  Q.  Never?

8  A.  She come to me one day and told me to hold something for

9  her, and I told her no.

10  Q.  So you never had any contraband dealings with Shonnie

11  Daniels?

12  A.  No, sir.

13  Q.  Ever?

14  A.  Like holding stuff for her?

15  Q.  No.  I'm just saying dealings with her -- buying,

16  selling, holding or anything.

17  A.  No, sir.

18  Q.  Except this one time that you held something for her?

19  A.  Yes, sir.

20  Q.  How did you find out that there was a sex investigation

21  going on that involved Mr. Moore?

22  A.  How did I find out?

23  Q.  Uh-huh.

24  A.  It was all over the news, and I know -- he asked me when

25  the stuff happened not to tell anybody.

*St. Anne Narcisse - Cross/Harper*

1  Q.  How did you know that there was an investigation going

2  on?

3  A.  It was on TV.  It was in the news.

4  Q.  Okay.  That was after the things happened, you saw it on

5  TV?

6  A.  Uh-huh, yes, sir.

7  Q.  Okay.  And it was after the things happened to TV and you

8  saw it on the news that you made these statements you talked

9  about; is that right?

10  A.  I didn't make them.  They happened, sir.

11  Q.  I'm sorry.  I couldn't hear you.

12  A.  I said, I told them what happened.

13  Q.  I'm not accusing you.  I'm just saying, when you made

14  those statements, it was after you saw things on TV and heard

15  it in the news.  Is that what you said?

16  A.  Yes, sir.

17  Q.  Okay.  And do you know what a Rule 35 is?

18  A.  No, sir.

19  Q.  Do you know what a motion for a reduction of sentence is?

20  A.  I heard, but I don't know, because I never done anything.

21  Q.  Okay.  But you've heard about them?

22  A.  Yes, sir.

23  Q.  Have you heard that it's up to the government to file and

24  not for you to file them?

25  A.  Yes, sir.

*St. Anne Narcisse - Cross/Harper*

1  Q.  All right.  And how many more years you've got?

2  A.  Three more.

3  Q.  Do you want to get out early?

4  A.  I will do my time.

5  Q.  I'm sorry.  I couldn't hear you.

6  A.  I said, I will do my time, sir.

7  Q.  The question is:  Do you want to get out early?

8  A.  If I want to get out early?

9  Q.  Yeah.  Do you want to get out early?

10  A.  Yes, sir.

11  Q.  Okay.  And are you hoping to get out early by cooperating

12  in this investigation?

13  A.  No, sir.

14  Q.  Nobody has promised you you will get out, right?

15  A.  No, sir.

16  Q.  But would you like to get out, anyway?  Would you still

17  like to get out early?

18  A.  Yes, sir.

19  Q.  Okay.  And would you like your cooperation to help you

20  get out?

21  A.  No, sir.

22  Q.  You don't want your cooperation to help you get out

23  early?

24  A.  No, sir.

25  Q.  Okay.  You want to cooperate and stay and do your whole

*St. Anne Narcisse - Cross/Harper*

1  time?

2  A.  Yes, sir.

3  Q.  Have you witnessed Mr. Moore having sex with another

4  inmate?  Have you seen it?

5  A.  If I seen it?

6  Q.  Yes.

7  A.  No, sir.

8  Q.  Have you seen any officer having sex with another inmate?

9  A.  No, sir.

10  Q.  Actually seen it?

11  A.  No, sir.

12  Q.  Have you been charged with selling contraband?

13  A.  Have I been charged with it?

14  Q.  Yes.

15  A.  No, sir.

16  Q.  Have you been charged or disciplined for selling

17  contraband?

18  A.  No, sir.

19  Q.  Have you had any disciplinary problems out at the prison?

20  A.  No, sir.

21  Q.  Because nobody has caught you selling contraband, right?

22  A.  No, sir.

23  Q.  But you did that, right?

24  A.  Yes, sir.

25  Q.  What happens if you get caught selling contraband?

*St. Anne Narcisse - Cross/Harper*

1   A.   You get punished.

2   Q.   Do you get out early?

3   A.   No, sir.

4   Q.   Do you lose your gain time?

5   A.   Yes, sir.

6   Q.   Do you get put in the SHU, in the Special Housing Unit?

7   A.   Yes, sir.

8   Q.   Do you get transferred to another institution?

9   A.   No, sir.

10   Q.   Not for selling contraband?

11   A.   Not that I know of, sir.

12   Q.   Okay.  Do you want any of those things to happen to you?

13   A.   No, sir.

14   Q.   When you saw this on TV, what did you see?

15   A.   When do I see it?

16   Q.   Let me ask you this way:

17        When you saw it on TV, did you see that Alan Moore was

18   one of the people that was charged?

19   A.   Yes, sir.

20   Q.   And when you saw a news account of this case, did you see

21   that Alan Moore was one of the people charged?

22   A.   Yes, sir.

23   Q.   And when you talked to the officers that you described,

24   were you told that Alan Moore was one of the people that they

25   were interested in?

*St. Anne Narcisse - Redirect*

1  A.  Yes, sir.

2  Q.  And were you told by the officers when you talked to them

3  that they didn't have much evidence on Alan Moore, and they

4  needed you to help them?

5          MR. DAVIS:  Objection.

6          THE COURT:  Sustained.

7          THE WITNESS:  No, sir.

8          THE COURT:  Ask her one at a time.

9          MR. HARPER:  I don't have anything else, Your Honor.

10          THE COURT:  Mr. Findley?

11          MR. FINDLEY:  No cross.

12          THE COURT:  Redirect?

13                      REDIRECT EXAMINATION

14  BY MR. DAVIS:

15  Q.  Ms. Narcisse, if I understood your testimony, you said

16  that you told your unit team about two to three months ago

17  about this incident?

18  A.  She called me in her office and talked to me.

19  Q.  And who is that "she"?

20  A.  Ms. Williams.

21  Q.  Ms. Williams?

22  A.  Yes, sir.

23  Q.  Did Ms. Williams do anything after you told -- did you

24  tell Ms. Williams about this incident?

25  A.  At first I didn't.  I denied it.

1   Q.  After you denied it, did you tell Ms. Williams about this

2   incident?

3   A.  Yeah, because I was just like, she didn't --

4   Q.  No.  Did you just tell her -- did you tell Ms. Williams

5   after you denied it as first?

6   A.  Yes.

7   Q.  What did Ms. Williams do after you told her that there

8   was this incident?

9   A.  At first time she referred me to a psych, told me to go

10  get some help.  She called for me trying to help me.

11  Q.  So, she made a referral to you to get some help?

12  A.  Yes, sir.

13  Q.  Who did you go see to get some help?

14  A.  From psych, I went to see --

15  Q.  Now, you're saying from psych?

16  A.  Yes.

17  Q.  Is that psychiatric services?

18  A.  Yes.

19  Q.  Who did you go to see in psychiatric services?

20  A.  Dr. Bell.

21  Q.  Dr. Bell.  When Mr. Harper was examining you, you said

22  that Moore asked you not to tell anybody about this.

23  A.  Yes, sir.

24  Q.  Is that correct?

25  A.  Yes, sir.

1   Q.   When did Mr. Moore tell you not to tell anybody about

2   this?

3   A.   He told me that that first time when we was in the office

4   and then he told me again.  He told me not to tell anybody.

5   Q.   So, after the occasion where he touched you, and then

6   after the occasion where you actually had intercourse, he

7   told you both times not to tell anybody?

8   A.   Yes, sir.

9   Q.   Now, you have testified that you did see a counselor,

10  Ms. Bell?

11  A.   Yes, sir.

12  Q.   Do you remember when that was?

13  A.   Three weeks ago, sir.

14  Q.   Three weeks ago?

15  A.   Two and a half, three weeks, yes, sir.

16  Q.   Now, we met last week, Ms. Narcisse.

17  A.   Yes, sir.

18  Q.   Were you promised anything for your testimony today?

19  A.   No, sir.

20           MR. DAVIS:  Thank you, Your Honor.

21           MR. HARPER:  May I recross briefly after reviewing

22  this?

23           THE COURT:  You may, if it's new questions.

24           MR. HARPER:  Sir?

25           THE COURT:  If it's new questions, new information.

```
 1                 MR. HARPER:  Yes, sir.

 2                 THE COURT:  All right.

 3                             RECROSS-EXAMINATION

 4    BY MR. HARPER:

 5    Q.  Ms. Narcisse --

 6    A.  Yes, sir.

 7    Q.  -- is it Narcisse or Narcisse?

 8    A.  Narcisse.

 9    Q.  Have you any concerns or worry about being deported?

10    A.  No, sir.

11    Q.  Have you had any issues involving immigration?

12    A.  No, sir.

13    Q.  Has immigration or Homeland Security come to you and put

14    a hold or detain you as a result of your arrest and being

15    held on a federal conviction?

16    A.  No, sir.

17    Q.  Are you worried about being deported?

18    A.  No, sir.

19    Q.  Has anybody told you or threatened you that you're going

20    to be deported as a result of your being arrested and

21    convicted of a federal conviction?

22    A.  There's a chance I go home, yes, sir.

23    Q.  I couldn't hear you.

24    A.  Can you repeat that again, please?

25    Q.  Yes.  Has anybody told you or threatened you you are
```

*St. Anne Narcisse - Recross/Harper*

1   going to be shipped out of the country as a result of this

2   conviction that you got?

3   A.  No, sir.

4   Q.  Are you worried about?

5   A.  No, sir.

6   Q.  Have you asked for any help on that?

7   A.  No, sir.

8   Q.  And you said you have been convicted of a felony one

9   time?

10  A.  How many time I've been arrested?

11  Q.  No, convicted.  How many times have you pled guilty to a

12  felony charge?

13  A.  One time.

14  Q.  One time?  And how many times have you been sentenced to

15  prison?

16  A.  One time.

17  Q.  Were you sentenced to a prison sentence of 70 months for

18  cocaine?

19  A.  Eighty-seven months, sir.

20  Q.  I'm sorry?

21  A.  Eighty-seven.

22  Q.  Was your sentenced reduced to 70 months?

23  A.  Yes, sir.

24  Q.  I'm sorry?

25  A.  Seventy?

*St. Anne Narcisse - Recross/Harper*

1   Q.  Was it reduced or not?

2   A.  No, sir.

3   Q.  Did you have a sentence that was imposed of 87 months for

4   distribution of 50 grams or more of cocaine or cocaine base?

5   A.  Yes, sir.

6   Q.  And I think that was on or about 4/27/2004.  Was that the

7   sentence date?

8   A.  Yes, it was.  I think so, sir.

9   Q.  Okay.  And then did you have a sentence imposed or

10  reduced on or about 4/16/2002 that was 70 months --

11  A.  No, sir.

12  Q.  -- out of New Orleans?

13  A.  Sir?

14  Q.  I'm sorry?

15  A.  Can you repeat that please?

16  Q.  Yeah.  Did you have a 70-month prison sentence imposed on

17  you for cocaine out of New Orleans on or about 4/16/2002?

18  A.  I don't recall that.

19  Q.  You've been in New Orleans?

20  A.  No, sir.  I've been here since 2004.  I got arrested in

21  2003.

22  Q.  This incident that you described then, is it correct that

23  you were not given contraband for sex?  Is that right?

24  A.  I was --

25          MR. DAVIS:  Your Honor, I think that has been asked

*St. Anne Narcisse - Recross/Harper*

1    and answered.

2              THE COURT:  I think it is.

3              MR. HARPER:  All right.  That's all I have then.

4              THE COURT:  All right.  Thank you, Ms. Narcisse.  You

5    may step down.

6

7                          *   *   *   *   *   *   *   *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2    I certify that the foregoing is a correct transcript from the
     record of proceedings in the above-entitled matter.  Any
3    redaction of personal data identifiers pursuant to the
     Judicial Conference Policy on Privacy are noted within the
4    transcript.

5

6

7    s/Judy A. Nolton                        11/02/2006
     Judy A. Nolton, RPR                        Date
8    Official U.S. Court Reporter

9

10

11                          INDEX

12

     WITNESS FOR THE GOVERNMENT:                          PAGE
13

14   *ST. ANNE NARCISSE*
             DIRECT EXAMINATION BY MR. DAVIS              2
15           CROSS-EXAMINATION BY MR. HARPER              15
             REDIRECT EXAMINATION BY MR. DAVIS            28
16           RECROSS-EXAMINATION BY MR. HARPER            31

17
                     *  *  *  *  *  *  *  *
18

19

20

21

22

23

24

25